1  FOLGER LEVIN & KAHN LLP
   Michael A. Kahn (SB# 057432)
2  J. Daniel Sharp (SB# 131042)
   Steven E. Wilson (SB# 240843)
3  Embarcadero Center West
   275 Battery Street, 23rd Floor
4  San Francisco, CA 94111
   Telephone: (415) 986-2800
5
6  Attorneys for Petitioners David C. Soward;
   & Management Company
7
8             SUPERIOR COURT OF THE STATE OF CALIFORNIA
9                     COUNTY OF SAN FRANCISCO
10

ENDORSED FILED
SUPERIOR COURT
COUNTY OF SAN FRANCISCO

JUL 2 7 2007

GORDON PARK-LI, CLERK
BY: _____
            Deputy Clerk

11  DAVID C. SOWARD, an individual; &      Case No.
    MANAGEMENT COMPANY,
12                                         CPF-07-507456
                   Petitioners,
13                                         NOTICE OF HEARING ON
            v.                             PETITION/MOTION TO CONFIRM
14                                         CONTRACTUAL ARBITRATION AWARD
    THE & TRUST; SANDY LERNER,             PURSUANT TO 9 U.S.C. § 9
15  individually and as Trustee on behalf of
    The & Trust and the Sandy Lerner Trust;   Date:   August 30, 2007
16  LEONARD BOSACK, individually and as      Time:   9:30 a.m.
    Trustee on behalf of The & Trust and the  Dept:
17  Leonard Bosack Trust; RICHARD
    TROIANO, as Trustee on behalf of The &
18  Trust; & CAPITAL PARTNERS, L.P.;
    CARTESIAN PARTNERS, L.P.;
19  LEONARD BOSACK AND BETTE M.
    KRUGER FOUNDATION, a California
20  corporation; & CAPITAL, INC.,
21                 Respondents.
22
23
24          TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
25          PLEASE TAKE NOTICE THAT on August 30, 2007, at 9:30 a.m., or at such other time
26  as the Court may direct, in Department _____ of this Court, located at 400 McAllister Street, San
27  Francisco California, Petitioners David C. Soward and & Management Company ("Petitioners")
28  will, and hereby do, move the Court to confirm the contractual arbitration award issued by the

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

NOTICE OF HEARING ON PETITION/MOTION TO CONFIRM CONTRACTUAL ARBITRATION AWARD PURSUANT TO 9 U.S.C. § 9
CASE NO.

1  panel of J. Lani Bader and Zela G. Claiborne on July 27, 2007 and enter judgment in favor of

2  Petitioners in accordance with its terms.

3       This motion is based on this Notice, the Memorandum of Points and Authorities in

4  Support of the Motion to Confirm Contractual Arbitration Award, and such other matters as may

5  be presented at the time of the hearing.

6       The grounds for this motion are that: (1) between August 8, 2005 and June 29, 2007

7  Petitioners and Respondents participated in final and binding arbitration administered by and in

8  accordance with the rules and procedures of the American Arbitration Association (AAA) as

9  required under the contract between the parties, and as assented to by Respondents; (2) Petitioners

10  prevailed at the arbitration and were awarded $24,435,895.90 in principal damages subject to

11  prejudgment interest, and inclusive of attorneys' fees and costs; and (3) Respondents are bound

12  by the result of the final and binding arbitration proceeding and the final award.

13

14  Dated: July 27, 2007                                 Respectfully submitted,

15

16                                                      J. Daniel Sharp (Cal. Bar No. 131042)

17                                                      Folger Levin & Kahn LLP
                                                        275 Battery Street, 23rd Floor
18                                                      San Francisco, CA 94111
                                                        Phone:  (415) 986-2800
19                                                      Fax:  (415) 986-2827

20                                                      Attorneys for Petitioner David C. Soward

21

22

23

24
     86083\2001\559069.1
25

26

27

28

Folger Levin &
Kahn llp
Attorneys At Law