1  FOLGER LEVIN & KAHN LLP
   Michael A. Kahn (SB# 057432)
2  J. Daniel Sharp (SB# 131042)
   Steven E. Wilson (SB# 240843)
3  Embarcadero Center West
   275 Battery Street, 23rd Floor
4  San Francisco, CA  94111
   Telephone: (415) 986-2800
5
   Attorneys for Petitioners David C. Soward
6  and & Management Company

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                       COUNTY OF SAN FRANCISCO

10

11 | DAVID C. SOWARD, an individual; & | Case No. CPF-07-507456
   | MANAGEMENT COMPANY,              |
12 |                                   | [PROPOSED] ORDER GRANTING
   |         Petitioners,              | MOTION TO CONFIRM CONTRACTUAL
13 |                                   | ARBITRATION AWARD
   |    v.                             |
14 |                                   | Date:
   | THE & TRUST; SANDY LERNER,        | Time:
15 | individually and as Trustee on behalf of | Dept:
   | The & Trust and the Sandy Lerner Trust; |
16 | LEONARD BOSACK, individually and as |
   | Trustee on behalf of The & Trust and the |
17 | Leonard Bosack Trust; RICHARD     |
   | TROIANO, as Trustee on behalf of The & |
18 | Trust; & CAPITAL PARTNERS, L.P.;  |
   | CARTESIAN PARTNERS, L.P.;         |
19 | LEONARD BOSACK AND BETTE M.       |
   | KRUGER FOUNDATION, a California   |
20 | corporation; & CAPITAL, INC.,     |
   |                                   |
21 |         Respondents.              |

22
      The Motion of David C. Soward and & Management Company ("Petitioners") to confirm
23
   a AAA Arbitration Award came on regularly on [date] for hearing by the Court.  Having
24
   considered Petitioners' Motion, the response of the above-captioned Respondents, and
25
   Petitioners' Reply, as well as the presentations of counsel in this Court, and proof having been
26
   made to the satisfaction of the Court that the Motion should be granted,
27
      IT IS ORDERED that the Final Award of the American Arbitration Association panel
28

*RECEIVED JUL 26 2007*

-2-

1  (consisting of J. Lani Bader and Zela G. Claiborne) dated July 26, 2007, is confirmed in all
2  respects and that judgment be entered in conformity with the Final Award.

5  Dated:

_____
Hon.
Judge of the Superior Court

86083\2001\555440.1