COPY

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      Fred G. Bennett (Bar No. 059135)
2     fredbennett@quinnemanuel.com
      Steven G. Madison (Bar No. 101006)
3     stevemadison@quinnemanuel.com
      Melissa Grant (Bar No. 205633)
4     melissagrant@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017
   Telephone:    (213) 443-3000
6  Facsimile:    (213) 443-3100

7     Dan Bromberg (Bar No. 242659)
      danbromberg@quinnemanuel.com
8  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California  94065
9
   Attorneys for Respondents Leonard Bosack, The & Trust,
10 Richard Troiano, & Capital Partners, L.P., Cartesian
   Partners, L.P., Leonard Bosack and Bette M. Kruger
11 Foundation, and & Capital, Inc.

12 O'MELVENY & MYERS LLP
      Steven L. Smith (Bar No.109942)
13    ssmith@omm.com
      Scott T. Nonaka (Bar No. 224770)
14    snonaka@omm.com
   275 Battery Street, Suite 2600
15 San Francisco, California 94111
   Telephone:    (415) 984-8700
16 Facsimile:    (415) 974-8701

17 Attorneys for Respondent Sandy Lerner

18              SUPERIOR COURT OF THE STATE OF CALIFORNIA
19                    COUNTY OF SAN FRANCISCO
20

| 21 | DAVID SOWARD, an individual; & MANAGEMENT COMPANY, | CASE NO. CPF-07-507456 |
|---|---|---|
| 22 | Petitioners, | NOTICE OF REMOVAL |
| 23 | vs. | |
| 24 | THE & TRUST; SANDY LERNER, individually and as Trustee on behalf of The & Trust and the Sandy Lerner Trust; LEONARD BOSACK, individually and as Trustee on behalf of The & Trust and the Leonard Bosack Trust; RICHARD TROIANO, as Trustee on behalf of The & Trust; & CAPITAL PARTNERS, L.P.; CARTESIAN PARTNERS, L.P.; LEONARD BOSACK | |

1204/2180290.1

-6-                                                Case No.
NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

| | |
|---|---|
| 1 | AND BETTE M. KRUGER FOUNDATION, a California corporation; & CAPITAL, INC., |
| 2 | |
| 3 | Respondents. |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Respondents Leonard Bosack, Sandy Lerner, Cartesian Partners, L.P., The Leonard Bosack Trust, The Sandy Lerner Trust, Richard Troiano, The & Trust, & Capital Partners, L.P., Cartesian Partners, L.P., The Leonard X. Bosack and Bette M. Kruger Charitable Foundation, Inc., and & Capital, Inc. have removed this action to the United States District Court for the Northern District of California. A true and correct copy of the notice of removal filed in the federal court is appended hereto as Exhibit A (exhibits to this Exhibit, which are the complaint and the instant notice of removal are omitted for the Court's convenience, but will be provided upon request). Pursuant to 28 U.S.C. § 1446(d), "the State court shall proceed no further unless and until the case is remanded."

DATED: July 30, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/ Dan Bromberg /KHK
Dan Bromberg
Attorneys for Respondents Leonard Bosack, The & Trust, Richard Triano, & Capital Partners, L.P., Cartesian Partners, L.P., Leonard Bosack and Bette M. Kruger Foundation, and & Capital, Inc.

DATED: July 30, 2007

O'MELVENY & MYERS LLP

By: /s/ Scott Nonaka /KHK
Scott T. Nonaka
Attorneys for Respondent Sandy Lerner

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, 22nd Floor, San Francisco, California 94111.

On , I served true copies of the following document(s) described as:

**NOTICE OF REMOVAL**

on the parties in this action as follows:

SEE ATTACHED LIST

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **July 30, 2007**, at San Francisco, California.

*[signature]*
King, Demescha

50816/2136307.1

**SERVICE LIST**

[H]

O'MELVENY & MYERS LLP
Steven L. Smith
Scott T. Nonaka
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:   (415) 984-8700
Facsimile:   (415) 974-8701

[H]

FOLGER LEVIN & KAHN LLP
Michael A. Kahn
J. Daniel Sharp
Steven E. Wilson
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone:   (415) 986-2800

50816/2136307.1