1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Fred G. Bennett (Bar No. 059135)
2    fredbennett@quinnemanuel.com
     Steven G. Madison (Bar No. 101006)
3    stevemadison@quinnemanuel.com
     Melissa Grant (Bar No. 205633)
4    melissagrant@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017
   Telephone:    (213) 443-3000
6  Facsimile:    (213) 443-3100

7   Dan Bromberg (Bar No. 242659)
      danbromberg@quinnemanuel.com
8   555 Twin Dolphin Drive, Suite 560
    Redwood Shores, California 94065
9
   Attorneys for Respondents Leonard Bosack, The & Trust,
10 Richard Troiano, & Capital Partners, L.P., Cartesian
   Partners, L.P., Leonard Bosack and Bette M. Kruger
11 Foundation, and & Capital, Inc.

12 O'MELVENY & MYERS LLP
     Steven L. Smith (Bar No.109942)
13   ssmith@omm.com
     Scott T. Nonaka (Bar No. 224770)
14   snonaka@omm.com
   275 Battery Street, Suite 2600
15 San Francisco, California 94111
   Telephone:    (415) 984-8700
16 Facsimile:    (415) 974-8701

17 Attorneys for Respondent Sandy Lerner

18
19                  UNITED STATES DISTRICT COURT                    EMC
20                 NORTHERN DISTRICT OF CALIFORNIA
21                       SAN FRANCISCO DIVISION        C 07 3894

| | |
|---|---|
| DAVID SOWARD, an individual; & MANAGEMENT COMPANY, | CASE NO. |
| Petitioners, | **CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |
| vs. | [Civil L.R. 3-16] |
| THE & TRUST; SANDY LERNER, individually and as Trustee on behalf of The & Trust and the Sandy Lerner Trust; LEONARD BOSACK, individually and as Trustee on behalf of The & Trust and the Leonard Bosack Trust; RICHARD TROIANO, as Trustee on behalf of The & Trust; & CAPITAL | |

ORIGINAL FILED
JUL 30 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PARTNERS, L.P.; CARTESIAN PARTNERS, L.P.; LEONARD BOSACK AND BETTE M. KRUGER FOUNDATION, a California corporation; & CAPITAL, INC.,

Respondents.

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. <u>The & Trust</u>: Respondent herein.
2. <u>Sandy Lerner</u>: Respondent herein.
3. <u>The Sandy Lerner Trust</u>: Respondent herein.
4. <u>Leonard Bosack</u>: Respondent herein.
5. <u>The Leonard Bosack Trust</u>: Respondent herein.
6. <u>Richard Troiano</u>: Respondent herein.
7. <u>& Capital Partners, L.P.</u>: Respondent herein.
8. <u>Cartesian Partners, L.P.</u>: Respondent herein.
9. <u>Leonard Bosack and Bette M. Kruger Foundation</u>: Respondent herein.
10. <u>& Capital, Inc.</u>: Respondent herein.

DATED: July 30, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/ Fred Bennett /HHB
Fred G. Bennett
Attorneys for Respondents Leonard Bosack, The & Trust, Richard Triano, & Capital Partners, L.P., Cartesian Partners, L.P., Leonard Bosack and Bette M. Kruger Foundation, and & Capital, Inc.

| | | |
|---|---|---|
| 1 | DATED: July 30, 2007 | O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | By: /s/ Scott Nonaka/KHB |
| 4 | | Scott T. Nonaka |
| | | Attorneys for Respondent Sandy Lerner |

CERTIFICATION OF INTERESTED ENTITIES OR PARTIES    -3-