COPY

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
|   | Fred G. Bennett (Bar No. 059135) |
| 2 | fredbennett@quinnemanuel.com |
|   | Steven G. Madison (Bar No. 101006) |
| 3 | stevemadison@quinnemanuel.com |
|   | Melissa Grant (Bar No. 205633) |
| 4 | melissagrant@quinnemanuel.com |
|   | 865 South Figueroa Street, 10th Floor |
| 5 | Los Angeles, California  90017 |
|   | Telephone:    (213) 443-3000 |
| 6 | Facsimile:    (213) 443-3100 |
| 7 | Dan Bromberg (Bar No. 242659) |
|   | danbromberg@quinnemanuel.com |
| 8 | 555 Twin Dolphin Drive, Suite 560 |
|   | Redwood Shores, California  94065 |

Attorneys for Respondents Leonard Bosack, The & Trust, Richard Troiano, & Capital Partners, L.P., Cartesian Partners, L.P., Leonard Bosack and Bette M. Kruger Foundation, and & Capital, Inc.

O'MELVENY & MYERS LLP
  Steven L. Smith (Bar No.109942)
  ssmith@omm.com
  Scott T. Nonaka (Bar No. 224770)
  snonaka@omm.com
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:    (415) 984-8700
Facsimile:    (415) 974-8701

Attorneys for Respondent Sandy Lerner

ORIGINAL FILED
JUL 3 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

C 07 3894 EMC

DAVID SOWARD, an individual;
& MANAGEMENT COMPANY,

CASE NO.

Petitioners,

**NOTICE OF FILING OF NOTICE OF REMOVAL IN STATE COURT**

vs.

THE & TRUST; SANDY LERNER, individually and as Trustee on behalf of The & Trust and the Sandy Lerner Trust; LEONARD BOSACK, individually and as Trustee on behalf of The & Trust and the Leonard Bosack Trust; RICHARD TROIANO, as Trustee on behalf of The & Trust; & CAPITAL

1  PARTNERS, L.P.; CARTESIAN
   PARTNERS, L.P.; LEONARD BOSACK
2  AND BETTE M. KRUGER FOUNDATION,
   a California corporation; & CAPITAL, INC.,
3
                    Respondents.
4

5

6         TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND

7  THEIR ATTORNEYS OF RECORD:

8         PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 5(d),

9  Respondents Leonard Bosack, Sandy Lerner, Cartesian Partners, L.P., The Leonard Bosack Trust,

10 The Sandy Lerner Trust, Richard Troiano, The & Trust, & Capital Partners, L.P., Cartesian

11 Partners, L.P., The Leonard X. Bosack and Bette M. Kruger Charitable Foundation, Inc., and &

12 Capital, Inc. herein file as Exhibit A a true and correct copy of Notice to State Court of Removal

13 to Federal Court, which was filed on or about July 27, 2007 in Superior Court of the State of

14 California for the County of San Francisco in the case captioned Soward, et al. v. The & Trust, et

15 al., as Case Number CPF-07-507456.

16

17 DATED: July 30, 2007              QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP
18

19                                   By: _____Fred Bennett_/KHS_____
20                                       Fred G. Bennett
                                         Attorneys for Respondents Leonard Bosack, The &
21                                       Trust, Richard Triano, & Capital Partners, L.P.,
                                         Cartesian Partners, L.P., Leonard Bosack and Bette
22                                       M. Kruger Foundation, and & Capital, Inc.

23
   DATED: July 30, 2007              O'MELVENY & MYERS LLP
24

25                                   By: _____Scott Nonaka_/KHS_____
                                         Scott T. Nonaka
26                                       Attorneys for Respondent Sandy Lerner

27

28