1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Fred G. Bennett (Bar No. 059135)
2    fredbennett@quinnemanuel.com
     Steven G. Madison (Bar No. 101006)
3    stevemadison@quinnemanuel.com
     Melissa Grant (Bar No. 205633)
4    melissagrant@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017
   Telephone:     (213) 443-3000
6  Facsimile:      (213) 443-3100

7    Dan Bromberg (Bar No. 242659)
     danbromberg@quinnemanuel.com
8  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California  94065
9
   Attorneys for Respondents Leonard Bosack, The & Trust,
10 Richard Troiano, & Capital Partners, L.P., Cartesian
   Partners, L.P., Leonard Bosack and Bette M. Kruger
11 Foundation, and & Capital, Inc.

12 O'MELVENY & MYERS LLP
     Steven L. Smith (Bar No.109942)
13   ssmith@omm.com
     Scott T. Nonaka (Bar No. 224770)
14   snonaka@omm.com
   275 Battery Street, Suite 2600
15 San Francisco, California 94111
   Telephone:     (415) 984-8700
16 Facsimile:      (415) 974-8701

17 Attorneys for Respondent Sandy Lerner

18

19                    UNITED STATES DISTRICT COURT

20               NORTHERN DISTRICT OF CALIFORNIA

21                     SAN FRANCISCO DIVISION

22
   DAVID SOWARD, an individual;                    C 07 3894
23 & MANAGEMENT COMPANY,               CASE NO.

24            Petitioners,                          NOTICE OF PENDENCY OF OTHER
                                                    ACTION OR PROCEEDING
25       vs.

26 THE & TRUST; SANDY LERNER,                       [Northern District of California Local Rule
   individually and as Trustee on behalf of The &  3-13]
27 Trust and the Sandy Lerner Trust; LEONARD
   BOSACK, individually and as Trustee on          Filing Date: July 30, 2007
28 behalf of The & Trust and the Leonard Bosack    Trial Date: None Set

ORIGINAL
FILED

JUL 3 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EMC

I204/2179219.1

1  Trust; RICHARD TROIANO, as Trustee on
   behalf of The & Trust; & CAPITAL
2  PARTNERS, L.P.; CARTESIAN
   PARTNERS, L.P.; LEONARD BOSACK
3  AND BETTE M. KRUGER FOUNDATION,
   a California corporation; & CAPITAL, INC.,
4
           Respondents.
5

6

7
           TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD,
8
           Respondents Leonard Bosack, ("Bosack"), Sandy Lerner ("Lerner"), The Leonard Bosack
9
   Trust, The Sandy Lerner Trust, Richard Troiano, The & Trust, & Capital Partners, L.P., Cartesian
10
   Partners, L.P.("Cartesian Partners"), The Leonard X. Bosack and Bette M. Kruger Charitable
11
   Foundation, Inc., and & Capital, Inc. (collectively "Respondents") by their attorneys, hereby
12
   respectfully submit this Notice of Pendency of Other Action or Proceeding pursuant to Civil L.R.
13
   3-13.
14
           1.     This action involves in material part the same subject matter and the same parties
15
   as *Bosack v. Soward*, Case No. CV-0574, which was filed on April 19, 2007, in the United States
16
   District Court for the Western District of Washington ("Pending Washington Action").
17
           2.     The instant action and the Pending Washington Action arise out of a lengthy
18
   arbitration (the "Arbitration") between Respondents and petitioners David C. Soward and the &
19
   Management Company (collectively "Soward" or "Petitioners").  The Arbitration and the
20
   subsequent interim awards result from the dissolution of the business relationship between
21
   Respondents and Petitioners.  In 1992, Bosack and Lerner hired Soward to manage their
22
   investments, entrusting him with signing authority over virtually all of their assets.  In 2003,
23
   however, an audit uncovered evidence that Soward had engaged in serious breaches of his
24
   fiduciaries duties.  In the Arbitration, Respondents contended that Soward violated his fiduciary
25
   duties to them.  Soward asserted claims that also stem from the parties' business relationship.
26

27

28

2.     Four months ago, in April 2007, Respondents Bosack, Lerner, and Cartesian Partners filed the Pending Washington Action and moved to confirm certain interim yet final awards of the arbitration panel and to vacate others. Respondents had also originally filed an action in Washington District Court in July 2004, asserting many of the claims subsequently submitted to arbitration, *Bosack v. Soward*, No. C04-1664Z (the "2004 Washington Action"). The Honorable Thomas S. Zilly presided over the 2004 Washington Action, and he is also presiding over the Pending Washington Action. Judge Zilly has already held several hearings in the Pending Washington Action and is closely familiar with the issues raised by the parties.

3.     On July 27, 2007, the Panel issued its final award. That same day, Petitioners filed the instant action in San Francisco Superior Court of the State of California (Case No. CPF-07-507456), and moved to confirm the Final Award. On July 30, 2007, Respondents removed the action to this Court. In addition, in accordance with Judge Zilly's order, Respondents filed their Amended Petition in the Pending Washington Action, seeking to vacate the punitive damages award and to confirm the interim awards in their favor.

4.     Given the Washington District Court's familiarity with the parties, the claims asserted by the parties, and the Arbitration, and the extensive work already performed by that Court on these matters, Respondents respectfully submit that in the interests of justice, to avoid

potential inconsistent decisions and to conserve judicial resources transfer, or alternatively, a stay is merited. Respondents are also filing a formal Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) or, In the Alternative, to Stay Action Pursuant to the First-to-File Rule.

DATED: July 30, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _Fred Bennett /LHB_

Fred G. Bennett
Attorneys for Respondents Leonard Bosack, The & Trust, Richard Triano, & Capital Partners, L.P., Cartesian Partners, L.P., Leonard Bosack and Bette M. Kruger Foundation, and & Capital, Inc.

DATED: July 30, 2007

O'MELVENY & MYERS LLP

By: _Scott Nonaka /KDB_

Scott T. Nonaka
Attorneys for Respondent Sandy Lerner