

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Fred G. Bennett (Bar No. 059135)
2  fredbennett@quinnemanuel.com
   Steven G. Madison (Bar No. 101006)
3  stevemadison@quinnemanuel.com
   Melissa Grant (Bar No. 205633)
4  melissagrant@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017
   Telephone:   (213) 443-3000
6  Facsimile:   (213) 443-3100

7  Dan Bromberg (Bar No. 242659)
   danbromberg@quinnemanuel.com
8  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California 94065
9
   Attorneys for Respondents Leonard Bosack, The & Trust,
10 Richard Troiano, & Capital Partners, L.P., Cartesian
   Partners, L.P., Leonard Bosack and Bette M. Kruger
11 Foundation, and & Capital, Inc.

12 O'MELVENY & MYERS LLP
   Steven L. Smith (Bar No.109942)
13 ssmith@omm.com
   Scott T. Nonaka (Bar No. 224770)
14 snonaka@omm.com
   275 Battery Street, Suite 2600
15 San Francisco, California 94111
   Telephone:   (415) 984-8700
16 Facsimile:   (415) 974-8701

17 Attorneys for Respondent Sandy Lerner

18
                UNITED STATES DISTRICT COURT
19
                NORTHERN DISTRICT OF CALIFORNIA
20
                   SAN FRANCISCO DIVISION
21
   DAVID SOWARD, an individual;            CASE NO. C 07 3894 EMC
22 & MANAGEMENT COMPANY,

23              Petitioners,                PROOF OF SERVICE

24       vs.

25 THE & TRUST; SANDY LERNER,
   individually and as Trustee on behalf of The &
26 Trust and the Sandy Lerner Trust; LEONARD
   BOSACK, individually and as Trustee on
27 behalf of The & Trust and the Leonard Bosack
   Trust; RICHARD TROIANO, as Trustee on
28 behalf of The & Trust; & CAPITAL

---
51204/2180290.1

Case No.
NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

1  PARTNERS, L.P.; CARTESIAN
   PARTNERS, L.P.; LEONARD BOSACK
2  AND BETTE M. KRUGER FOUNDATION,
   a California corporation; & CAPITAL, INC.,
3
            Respondents.
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, 22nd Floor, San Francisco, California 94111.

On , I served true copies of the following document(s) described as:

**CIVIL CASE COVER SHEET**

**NOTICE OF INTERESTED PARTIES**

**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**

**NOTICE OF REMOVAL**

**NOTICE OF FILING OF NOTICE OF REMOVAL IN STATE COURT**

on the parties in this action as follows:

SEE ATTACHED LIST

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **July 30, 2007**, at San Francisco, California.

King, Demescha

50816/2136307.1

<s> </s>1 **SERVICE LIST**

2 [H] | [H]

3 O'MELVENY & MYERS LLP | FOLGER LEVIN & KAHN LLP
Steven L. Smith | Michael A. Kahn
4 Scott T. Nonaka | J. Daniel Sharp
275 Battery Street, Suite 2600 | Steven E. Wilson
5 San Francisco, California 94111 | Embarcadero Center West
Telephone: (415) 984-8700 | 275 Battery Street, 23rd Floor
6 Facsimile: (415) 974-8701 | San Francisco, CA 94111
Telephone: (415) 986-2800

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

50816/2136307.1