FOLGER LEVIN & KAHN LLP
Michael A. Kahn (SB# 057432) (mkahn@flk.com)
J. Daniel Sharp (SB# 131042) (dsharp@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID C. SOWARD and & MANAGEMENT COMPANY,<br><br>Petitioners,<br><br>v.<br><br>LEONARD BOSACK, SANDY LERNER, CARTESIAN PARTNERS, L.P, *et al.*,<br><br>Respondents. | Case No. 3:07-cv-03894-EMC<br><br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>**General Order 44(N)** |

The undersigned party declines to consent to the assignment of this case to a United States Magistrate Judge for pretrial matters, trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 8, 2007

                                                        /s/
                                       J. Daniel Sharp
                                       Counsel for Petitioners
                                       David C. Soward and
                                       & Management Company

Request for Reassignment
Case No. 3:07-cv-03894-EMC