**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

——————————

www.cand.uscourts.gov

Richard W. Wieking                                                                        General Court Number
Clerk                                                                                                    415.522.2000

**August 13, 2007**

**CASE NUMBER:  CV 07-03894 EMC**

**CASE TITLE:  DAVID SOWARD-v-THE & TRUST**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco**  division.

**Honorable MAXINE M. CHESNEY**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MMC**  immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 8/13/07

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                                    Special Projects
Log Book Noted                                                             Entered in Computer 8/13/07AS

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                                 Transferor CSA