FOLGER LEVIN & KAHN LLP
Michael A. Kahn (SB# 057432) (mkahn@flk.com)
J. Daniel Sharp (SB# 131042) (dsharp@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: (415) 986-2800

Attorneys for Petitioners David C. Soward
and & Management Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID C. SOWARD and & MANAGEMENT COMPANY,<br><br>Petitioners,<br><br>v.<br><br>LEONARD BOSACK, SANDY LERNER, CARTESIAN PARTNERS, L.P, *et al.,*<br><br>Respondents. | Case No.  3:07-cv-03894-MMC<br><br>**DECLARATION OF J. DANIEL SHARP IN SUPPORT OF PETITIONER'S MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Date: September 21, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 7, 19th floor<br>Hon. Maxine M. Chesney |

I, J. Daniel Sharp, declare:

1.      I am an attorney with the law firm of Folger, Levin & Kahn LLP, counsel of record for Petitioners David C. Soward and & Management Company (collectively "Soward"). This Declaration is submitted in support Soward's motion to remand to state court.  If called as a witness, I would competently testify to the following facts of my own personal knowledge.

2.      Attached as Exhibit A hereto is a true and correct copy of the Petition to Confirm Arbitration Award filed by Soward in San Francisco County Superior Court, CPF-07-507456, including its Exhibit One, which is a true copy of the Final Award issued by arbitrators J. Lani

1  Bader and Zela G. Claiborne in the matter *David C. Soward et al. v. The & Trust et al.*, No. 74
2  181 Y 00129 04 DEAR, before the Commercial Arbitration Tribunal of the American Arbitration
3  Association ("the Arbitration").

4      3.    Attached as Exhibit B hereto is a true and correct copy of Interim Award #1 issued
5  by the arbitrators in the Arbitration.

6      4.    Attached as Exhibit C hereto is a true and correct copy of Interim Award #3 issued
7  by the arbitrators in the Arbitration.

8      5.    Attached as Exhibit D hereto is a true and correct copy of Interim Award #4 issued
9  by the arbitrators in the Arbitration.

10     6.    Attached as Exhibit E hereto is a true and correct copy of Interim Award #5 in the
11 by the arbitrators in the Arbitration.

12     7.    Attached as Exhibit F hereto is a true and correct copy of the "Motion to Confirm
13 and Vacate Arbitration Awards Pursuant to 9 U.S.C. §§ 9 and 10," filed by Respondents Leonard
14 Bosack, Sandy Lerner, and Cartesian Partners LP in *Bosack et al. v. Soward et al.*, United States
15 District Court, Western District of Washington, No. 2:07-cv-00574-MJP ("the Seattle Action.").

16     8.    Attached as Exhibit G hereto is a true and correct copy of a May 2, 2007 Minute
17 Order of the Court in the Seattle Action.

18     9.    Attached as Exhibit H hereto is a true and correct copy of a June 29, 2007, Minute
19 Entry of the Court in the Seattle Action. No further order or directive has been received from the
20 court in the Seattle Action.

21 Dated: August 14, 2007

22                                                                                 /s/
                                                                        J. Daniel Sharp
23                                                                      Counsel for Petitioners
                                                                        David C. Soward and
24                                                                      & Management Company

86083\2001\562434.1
25
26

Sharp Decl. in Support of Motion to Remand     - 1 -
Case No. 3:07-cv-03894 MMC