**Daniel Sharp - Activity in Case 2:07-cv-00574-TSZ Bosack et al v. Soward et al Status Conference**

**From:** <ECF@wawd.uscourts.gov>
**To:** <ECF@wawd.uscourts.gov>
**Date:** 6/29/2007 3:12 PM
**Subject:** Activity in Case 2:07-cv-00574-TSZ Bosack et al v. Soward et al Status Conference

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

United States District Court for the Western District of Washington

**Notice of Electronic Filing**

The following transaction was entered on 6/29/2007 at 3:09 PM PDT and filed on 6/28/2007
**Case Name:**      Bosack et al v. Soward et al
**Case Number:**    2:07-cv-574
**Filer:**
**Document Number:** 21(No document attached)

**Docket Text:**
MINUTE ENTRY for proceedings held before Judge Thomas S. Zilly - Dep Clerk: *Gail Glass*; Pla Counsel: *Rudy England, Richard Yarmuth, Scott Nonaka, Daniel Bromberg and Steven Madison*; Def Counsel: *James Oliver and J. Daniel Sharp*; CR: *NONE*; **Status Conference** held on 6/28/2007. The Court and counsel discuss the posture of the arbitration. The stay on the case will remain in effect until further order of the Court. Petitioners shall have five days after a final arbitration award is entered in the arbitration to amend their petition in this case. The parties shall have ten days after a final arbitration award is entered in the arbitration to file a joint status report that addresses whether the parties intend to withdraw the stayed motions at docket nos.[ 5] and [15], and that sets a briefing schedule for any motion to dismiss that respondents decide they want to bring. The parties shall not set a briefing schedule for any motion on the merits regarding the arbitration award(s) until further order of the Court. (GG, )

**2:07-cv-574 Notice has been electronically mailed to:**
Rudy Albert Englund englundr@lanepowell.com, docketing-sea@lanepowell.com, fosterk@lanepowell.com, lunda@lanepowell.com
James Albert Oliver joliver@scblaw.com, tbackus@scblaw.com
Richard C Yarmuth yarmuth@yarmuth.com, cegan@yarmuth.com
Steven L Smith ssmith@omm.com
Jeremy E Roller jroller@yarmuth.com, smeyer@yarmuth.com
J Daniel Sharp jsharp@flk.com
Scott T Nonaka snonaka@omm.com
Daniel H Bromberg danbromberg@quinnemanuel.com

**2:07-cv-574 Notice will not be electronically mailed to:**