

FOLGER LEVIN & KAHN LLP
Michael A. Kahn (SB# 057432) (mkahn@flk.com)
J. Daniel Sharp (SB# 131042) (dsharp@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: (415) 986-2800

Attorneys for Petitioners David C. Soward
and & Management Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DAVID C. SOWARD and & MANAGEMENT COMPANY, | Case No.  3:07-cv-03894-MMC |
|---|---|
| Petitioners, | **REQUEST FOR JUDICIAL NOTICE OF EXHIBITS IN SUPPORT OF PETITIONER'S MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION** |
| v. | |
| LEONARD BOSACK, SANDY LERNER, CARTESIAN PARTNERS, L.P, *et al.,* | Date:  September 21, 2007 Time:  9:00 a.m. Place:  Courtroom 7, 19th floor Hon. Maxine M. Chesney |
| Respondents. | |

Pursuant to Federal Rule of Evidence 201, Petitioners David C. Soward and & Management Company ("Petitioners") respectfully request the Court take judicial notice of a motion filed in, and a minute order and minute entry issued in, the matter of *Bosack et al. v. Soward et al.*, United States District Court, Western District of Washington, Case No. 2:07-cv-00574-MJP (attached as Exhibits F, G and H to the Declaration of J. Daniel Sharp filed herewith). Pleadings and orders are subject to judicial notice by the Court.  *See Mullis v. United States Bank. Ct.* (9th Cir. 1987) 828 F.2d 1385, 1388 n.9.

.

1    Dated:  August 14, 2007

2                                                    _____/s/_____
                                                    J. Daniel Sharp
3                                                    Counsel for Petitioners
                                                    David C. Soward and
4                                                    & Management Company

     86083\2001\562459.1

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Judicial Notice in Support of Motion to Remand        - 1 -
Case No.  3:07-cv-03894 MMC