FOLGER LEVIN & KAHN LLP
Michael A. Kahn (SB# 057432) (mkahn@flk.com)
J. Daniel Sharp (SB# 131042) (dsharp@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: (415) 986-2800

Attorneys for Petitioners David C. Soward
and & Management Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID C. SOWARD and & MANAGEMENT COMPANY,<br><br>Petitioners,<br><br>v.<br><br>LEONARD BOSACK, SANDY LERNER, CARTESIAN PARTNERS, L.P, *et al.,*<br><br>Respondents. | Case No.  3:07-cv-03894-MMC<br>**[PROPOSED] ORDER GRANTING PETITIONER'S MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Date:  September 21, 2007<br>Time:  9:00 a.m.<br>Place:  Courtroom 7, 19th floor<br>Hon. Maxine M. Chesney |

Petitioners' Motion to Remand came on regularly for hearing on September 21, 2007 and

having considered the papers filed by the parties, and having hear the arguments of counsel, IT IS

HEREBY ORDERED:

Petioners' Motion to Remand this action to San Francisco County Superior Court is

GRANTED because this Court lacks subject matter jurisdiction.

Dated:  September    , 2007

_____
Hon. Maxine M. Chesney

86083\2001\562407.1

[Proposed] Order Granting Motion to Remand
Case No.  3:07-cv-03894 MMC