QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Fred G. Bennett (Bar No. 059135)
  fredbennett@quinnemanuel.com
  Steven G. Madison (Bar No. 101006)
  stevemadison@quinnemanuel.com
  Melissa Grant (Bar No. 205633)
  melissagrant@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017
Telephone:    (213) 443–3000
Facsimile:     (213) 443–3100

  Daniel H. Bromberg (Bar No. 242659)
  danbromberg@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California  94065

Attorneys for Respondents Leonard Bosack, The & Trust, Richard Troiano, & Capital Partners, L.P., Cartesian Partners, L.P., Leonard Bosack and Bette M. Kruger Foundation, and & Capital, Inc.

O'MELVENY & MYERS LLP
   Steven L. Smith (Bar No.109942)
   ssmith@omm.com
   Scott T. Nonaka (Bar No. 224770)
   snonaka@omm.com
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:    (415) 984–8700
Facsimile:     (415) 974–8701

Attorneys for Respondent Sandy Lerner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID SOWARD, an individual; & MANAGEMENT COMPANY,<br><br>Petitioners,<br><br>vs.<br><br>THE & TRUST; SANDY LERNER, individually and as Trustee on behalf of The & Trust and the Sandy Lerner Trust; LEONARD BOSACK, individually and as Trustee on behalf of The & Trust and the Leonard Bosack Trust; RICHARD TROIANO, as Trustee on behalf of The & Trust; & CAPITAL PARTNERS, L.P.; CARTESIAN PARTNERS, L.P.; LEONARD BOSACK AND | CASE NO. C–07–3894<br><br>**NOTICE OF AGREEMENT CONCERNING RESPONSE**<br><br><br><br>Hon. Maxine M. Chesney<br><br>Filing Date:  July 30, 2007<br>Trial Date:  None Set |

| BETTE M. KRUGER FOUNDATION, a California corporation; & CAPITAL, INC., |
|---|
| Respondents. |

Respondents Leonard Bosack, Sandy Lerner, The Leonard Bosack Trust, The Sandy Lerner Trust, Richard Troiano, The & Trust, & Capital Partners, L.P., Cartesian Partners, L.P., The Leonard X. Bosack and Bette M. Kruger Charitable Foundation, Inc., and & Capital, Inc. ("Respondents"), by and through their respective counsel, respectfully notify the Court that the parties have agreed that no formal response to the petition of petitioners David C. Soward and & Management Company need be filed.

1. On July 27, 2007, petitioners filed a Petition to Confirm the Contractual Arbitration Award seeking to confirm the final arbitration award in its entirety in San Francisco Superior Court of the State of California (*Soward v. Bosack*, Case No. CPF–07–507456).

2. On July 30, 2007, respondents removed petitioners' action to the above-entitled Court.

3. Consistent with the Federal Arbitration Act, 9 U.S.C. § 12, the parties have agreed that no formal response to the petition need be filed by respondents. Instead, respondents may set forth their positions on the petition in response to any motion brought pursuant to the petition.

4. The parties' agreement is set forth in paragraph 6 of a status report filed on August 10, 2007 in parallel proceedings in the Western District of Washington. A copy of this status report is attached hereto as Exhibit A.

| | |
|---|---|
| DATED: August 16, 2007 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | By /s/ Fred G. Bennett<br>Fred G. Bennett<br>Attorneys for Respondents Leonard Bosack, The & Trust, Richard Troiano, & Capital Partners, L.P., Cartesian Partners, L.P., Leonard Bosack and Bette M. Kruger Foundation, and & Capital, Inc. |
| DATED: August 16, 2007 | O'MELVENY & MYERS LLP |
| | By /s/ Scott T. Nonaka<br>Scott T. Nonaka<br>Attorneys for Respondent Sandy Lerner |