| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | FOLGER LEVIN & KAHN LLP<br>Michael A. Kahn (SB# 057432) (mkahn@flk.com)<br>J. Daniel Sharp (SB# 131042) (dsharp@flk.com)<br>Embarcadero Center West<br>275 Battery Street, 23rd Floor<br>San Francisco, CA  94111<br>Telephone: (415) 986-2800<br><br>Attorneys for Petitioners David C. Soward<br>and & Management Company |

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID C. SOWARD and & MANAGEMENT COMPANY,<br><br>            Petitioners,<br><br>    v.<br><br>LEONARD BOSACK, SANDY LERNER, CARTESIAN PARTNERS, L.P, *et al.*,<br><br>            Respondents. | Case No.  3:07-cv-03894-MMC<br><br>**NOTICE OF MINUTE ORDER CONTINUING STAY OF RELATED LITIGATION** |

Petitioners David C. Soward and & Management Company (collectively "Petitioners") would like to notify the Court that on August 20, 2007, the District Court for the Western District of Washington issued a Minute Order (attached) declining to lift the stay of that related litigation.

Dated:  August 21, 2007

                                                            /s/
                                    J. Daniel Sharp
                                    Counsel for Petitioners
                                    David C. Soward and
                                    & Management Company

86083\2001\563352.1

Notice of Minute Order
Case No.  3:07-cv-03894 MMC