1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

14

15

IN THE MATTER OF THE ARBITRATION
BETWEEN

LEONARD BOSACK, SANDY LERNER,
and CARTESIAN PARTNERS, L.P.,

Petitioners,

v.

DAVID C. SOWARD and MANAGEMENT
COMPANY,

Respondents.

No.  C07-574Z

MINUTE ORDER

16     The following Minute Order is made by direction of the Court, the Honorable Thoma
S. Zilly, United States District Judge:

17

18     (1)     Having reviewed the Joint Status Report, docket no. 24, the Court declines to
lift the stay.  In light of the pending motion for remand in the Northern District of California
and in the interests of judicial economy, the Court declines to set a briefing schedule on
19     Respondents' Motion to Dismiss, docket no. 15.  The Court ORDERS the parties to file a
Joint Status Report within ten (10) days of the entry of an Order deciding the motion to
20     remand, explaining the effect of that Order on the present case.

21     (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

22

Filed and entered this 20th day of August, 2007.

23

BRUCE RIFKIN, Clerk

24

/s/ Claudia Hawney

25     By _____

Claudia Hawney
26     Deputy Clerk

MINUTE ORDER  1–