IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SOWARD, et al., | No. C-07-3894 MMC |
|     Petitioners, | **ORDER DIRECTING RESPONDENTS TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
|   v. | |
| THE & TRUST, et al., | |
|     Respondents / | |

On August 16, 2007, respondents electronically filed, on behalf of all parties, a "Notice of Agreement Concerning Response" and an attached exhibit. Respondents have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Respondents are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents. Respondents are hereby advised that if they fail in the future to comply with the Court's Standing Order to provide chambers copies of electronically-filed

1  documents, the Court may impose sanctions, including, but not limited to, striking from the
2  record any electronically-filed document of which a chambers copy has not been timely
3  provided to the Court.
4  **IT IS SO ORDERED.**

6  Dated:  August 22, 2007
7  MAXINE M. CHESNEY
   United States District Judge

2