```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      Fred G. Bennett (Bar No. 059135)
 2    fredbennett@quinnemanuel.com
      Steven G. Madison (Bar No. 101006)
 3    stevemadison@quinnemanuel.com
      Melissa Grant (Bar No. 205633)
 4    melissagrant@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California  90017
    Telephone:    (213) 443–3000
 6  Facsimile:    (213) 443–3100

 7    Dan Bromberg (Bar No. 242659)
      danbromberg@quinnemanuel.com
 8  555 Twin Dolphin Drive, Suite 560
    Redwood Shores, California  94065
 9
    Attorneys for Respondents Leonard Bosack, The &
10  Trust, Richard Troiano, & Capital Partners, L.P.,
    Cartesian Partners, L.P., Leonard Bosack and Bette
11  M. Kruger Foundation, and & Capital, Inc.

12  O'MELVENY & MYERS LLP
      Steven L. Smith (Bar No.109942)
13    ssmith@omm.com
      Scott T. Nonaka (Bar No. 224770)
14    snonaka@omm.com
    275 Battery Street, Suite 2600
15  San Francisco, California 94111
    Telephone:    (415) 984–8700
16  Facsimile:    (415) 974–8701

17  Attorneys for Respondent Sandy Lerner
```

18                    UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 21  DAVID SOWARD, an individual;<br>    & MANAGEMENT COMPANY,<br>22<br>           Petitioners,<br>23<br>        vs.<br>24<br>    THE & TRUST; SANDY LERNER, individually<br>25  and as Trustee on behalf of The & Trust and the<br>    Sandy Lerner Trust; LEONARD BOSACK,<br>26  individually and as Trustee on behalf of The &<br>    Trust and the Leonard Bosack Trust; RICHARD<br>27  TROIANO, as Trustee on behalf of The & Trust;<br>    & CAPITAL PARTNERS, L.P.; CARTESIAN<br>28  PARTNERS, L.P.; LEONARD BOSACK AND | CASE NO. C–07–3894<br><br>**PROOF OF SERVICE** |

51204/2182778.1

1 | BETTE M. KRUGER FOUNDATION, a California corporation; & CAPITAL, INC.,
2
          Respondents.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, 22nd Floor, San Francisco, California 94111.

On **August 23, 2007**, I served true copies of the following document(s) described as**:**

**CASE MANAGEMENT CONFERENCE ORDER**

**STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY**

**STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA -- CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

**SEE ATTACHED LIST**

**BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at San Francisco, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 23, 2007**, at San Francisco, California.

/s/ Katherine H. Bennett
Katherine H. Bennett

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | [M] |
| 3 | FOLGER LEVIN & KAHN LLP |
| | Michael A. Kahn |
| 4 | J. Daniel Sharp |
| | Steven E. Wilson |
| 5 | Embarcadero Center West |
| | 275 Battery Street, 23rd Floor |
| 6 | San Francisco, CA 94111 |
| | Telephone:   (415) 986-2800 |

51204/2182778.1

-4-