QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Daniel H. Bromberg (Bar No. 242659)
  danbromberg@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

  Fred G. Bennett (Bar No. 059135)
  fredbennett@quinnemanuel.com
  Steven G. Madison (Bar No. 101006)
  stevemadison@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Respondents Leonard Bosack, The & Trust, Richard Troiano, & Capital Partners, L.P., Cartesian Partners, L.P., Leonard Bosack and Bette M. Kruger Charitable Foundation, Inc., and & Capital, Inc.

O'MELVENY & MYERS LLP
  Steven L. Smith (Bar No.109942)
  ssmith@omm.com
  Scott T. Nonaka (Bar No. 224770)
  snonaka@omm.com
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:   (415) 984-8700
Facsimile:   (415) 974-8701

Attorneys for Respondent Sandy Lerner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID SOWARD, *et al.*, | CASE NO. C-07-3894 |
| Petitioners, | **APPENDIX OF ARBITRATION AWARDS** |
| v. | DATE:   September 21, 2007<br>TIME:   9:00 a.m.<br>CTRM:   7, 19th Floor<br>            Hon. Maxine M. Chesney |
| THE & TRUST, *et al.*, | |
| Respondents. | **Trial Date:** None Set |

# TABLE OF CONTENTS

1. Interim Award No. 1

2. Interim Award No. 2

3. Interim Award No. 3

4. Interim Award No. 4

5. Interim Award No. 5

6. Final Award

7. Hearing Order No. 52 (correcting the Final Award)