# TAB 7

**Professor J. Lani Bader**

*1335 Sutter Street*
*San Francisco, CA 94109*


*Telephone: (415)386-9241 ● FAX: (415) 495-4037 ● e-mail: and in a*
*jlbader@yahoo.com*
*Messenger deliveries to the Grabhorn Press building, 1335 Sutter St.,, San Francisco, CA*
*94109.*


## ORDER GRANTING CLAIMANT'S MOTION TO CORRECT FINAL AWARD

Attention:                Michael A. Kahn, Esq.
                          J. Daniel Sharp, Esq.
                          Steven Smith, Esq.
                          Scott Nonaka, Esq.


FAX Number:               auto


Matter:                   Re: David C. Soward and The & Trust et al
                          AAA #74 Y 181 00129 004 DEAR


Date:                     8/14/2007


We are transmitting to you herewith 2 pages, of which this cover sheet is page No. 1. If
you experience any difficulty in receiving this document, please phone (415) 386-9241.

---

**Please See Attached Hearing Order Number #52**

---

This document is ❑ is not ❑ intended to be a privileged communication, and should be
forwarded directly to the recipient named above.

AAA #74 Y 181 00129 004 DEAR

8/14/2007

## Hearing Order #52

This matter was the subject of five interim awards and a final award dated July 26, 2007. The Claimant, pursuant to AAA commercial rule R-46, has now made a motion to correct the final award to cure a clerical error contained within it. The Claimant's motion is not opposed by the Respondents and Cross-Claimants. Accordingly, the final award is herewith amended as follows:

    a.  Section (x) of the award (page 8) should be corrected to read "Counterclaim G is GRANTED against Soward, and a Soward shall pay to the Respondents on such claim the sum of $1,400,859, together with prejudgment interest at the rate of in a manner that 7%, which is the maximum rate permitted under Delaware law from July 17, 2003, the date on which & Capital terminated its interest in Passport".

    b.  Section (xix) of the Award (page 9) should be corrected to read  "Counterclaim P is GRANTED against Soward, and Soward shall pay Cartesian Partners the sum of $13,466.33 plus prejudgment interest at the rate of 6.25%, the maximum rate permitted under Delaware law from August 1, 2002)."

    c.  The last sentence of section (ii) of the Award at the top of page 7 should be corrected to read "the net sum of $24,593,830.66."

All other provisions of the final award shall remain in full force and

effect.

2

**AAA #74 Y 181 00129 004 DEAR**
8/14/2007

**IT IS SO ORDERED.**

Professor J. Lani Bader
Arbitrator


Zela G. Claiborne, Esq.
Arbitrator