1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Daniel H. Bromberg (Bar No. 242659)
2    danbromberg@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California  94065

4    Fred G. Bennett (Bar No. 059135)
     fredbennett@quinnemanuel.com
5    Steven G. Madison (Bar No. 101006)
     stevemadison@quinnemanuel.com
6  865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017
7  Telephone:     (213) 443-3000
   Facsimile:     (213) 443-3100
8
   Attorneys for Respondents Leonard Bosack, The &
9  Trust, Richard Troiano, & Capital Partners, L.P.,
   Cartesian Partners, L.P., Leonard Bosack and Bette
10 M. Kruger Charitable Foundation, Inc., and &
   Capital, Inc.
11
   O'MELVENY & MYERS LLP
12   Steven L. Smith (Bar No.109942)
     ssmith@omm.com
13   Scott T. Nonaka (Bar No. 224770)
     snonaka@omm.com
14 275 Battery Street, Suite 2600
   San Francisco, California 94111
15 Telephone:     (415) 984-8700
   Facsimile:     (415) 974-8701
16
   Attorneys for Respondent Sandy Lerner
17

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20                     SAN FRANCISCO DIVISION

21 DAVID SOWARD, *et al.*, ,                    CASE NO. C-07-3894 MMC

22             Petitioners,                     **DECLARATION OF DANIEL H. BROMBERG IN SUPPORT OF**
23             vs.                              **RESPONDENTS' OPPOSITION TO MOTION TO REMAND FOR LACK OF**
24 THE & TRUST, *et al.*,                       **SUBJECT MATTER JURISDICTION**

25             Respondents.
                                                DATE:     September 21, 2007
26                                              TIME:     9:00 a.m.
                                                CTRM:     7, 19th Floor
27                                                        Hon. Maxine M. Chesney

28                                              **Trial Date:  None Set**

### DECLARATION OF DANIEL H. BROMBERG

I, Daniel H. Bromberg, hereby declare and testify as follows:

1. I am a member of the Bar of the State of California and a partner in the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Respondents in this case. I make this declaration based upon my personal knowledge. If called and sworn as a witness, I could and would testify competently on these matters.

2. Attached as Exhibit A is a true and accurate copy of Exhibit No. 3565 submitted in the arbitration of *David Soward, et al. v. The & Trust, et al.*, AAA Case No. 74 Y 181 00129 04 DEAR, which is a memorandum from petitioner David Soward to Sandy Lerner, Len Bosack, and Richard Troiano dated December 18, 2002.

3. Attached as Exhibit B is true and accurate copy of the Declaration of Leonard Bosack dated September 3, 2004, filed in the United States District Court for the Western District of Washington in the case captioned *Bosack v. Soward*, No. 2:04-cv-01665-TSZ.

4. Attached as Exhibit C is a true and accurate copy of the statement of claim filed by David C. Soward and & Management Company in the arbitration captioned *David C. Soward v. The & Trust et al.*, AAA Case No. 74 Y 181 00129 04 LOPE.

5. Attached as Exhibit D is a true and accurate copy of the motion to dismiss filed on May 1, 2007 in the United States District Court for the Western District of Washington in the case captioned *Bosack et al. v. Soward et al.*, No. 2:07-cv-00574-TSZ.

6. Attached as Exhibit E is a true and accurate copy of the amended petition to confirm and vacate arbitration awards dated July 30, 2007 filed in the United States District Court for the Western District of Washington in the case captioned *Bosack e al. v. Soward et al.*, No. 2:07-cv-00574-TSZ.

1
2   I declare under penalty of perjury under the laws of the State of California, the State of
3   Washington, and the laws of the United States that the foregoing is true and correct. Executed this
4   31st day of August, 2007, in Redwood Shores, California.
5
6
                                    /s/ Daniel H. Bromberg
7                                   Daniel H. Bromberg
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28