# Exhibit C

Professor J. Lani Bader

*536 Mission Street*
*San Francisco, CA 94105*

*Telephone: (415)386-9241  ● FAX: (415) 495-4037 ● e-mail: jbader@ggu.edu*
*Messenger deliveries to 62 First Street, Room #210, San Francisco, CA 94105*

## MESSAGE

| | |
|---|---|
| Attention: | Michael A. Kahn, Esq. |
| | J. Daniel Sharp, Esq. |
| | Casey McNamara, Esq. |
| | David E. Sellinger, Esq. |
| | Mark Krum, Esq. |
| | Deizha R. Arellano (AAA) |
| FAX Number: | auto |
| Matter: | Re: David C. Soward and The & Trust et al |
| | AAA #74 Y 181 00129 004 DEAR |
| Date: | 4/10/2006 |

We are transmitting to you herewith 5 pages, of which this cover sheet is page No. 1. If you experience any difficulty in receiving this document, please phone (415) 386-9241.

---

## Summary of Final Hearing Procedure

To: Counsel for the Parties (Messrs Kahn, Sharp, and McNamara; Messrs. Sellinger and Krum):

In our last round of hearings in this matter, the Panel granted certain motions made by the Claimant with respect to the amendment of the Claimant's claims to conform to evidence. In addition, the Panel and the parties have agreed (i) to bifurcate the hearing for the purpose of permitting the Panel to make an interim award that will dispose of all issues (including whether or not the UBS claim is barred on the basis of the statute of limitations or denied on other grounds) other than those to which Claimant's amendment relates; (ii) if the UBS claim is not barred or denied, to bifurcate the UBS claim as to damages from the rest of the arbitration proceedings and defer a ruling on alleged damages until there has been a final result (by judgment or settlement) in the pending separate UBS litigation by the Claimant and Respondents with the United States Government; (iii) on the scheduling of additional hearing days on which to bring those issues which are before the Panel to closure. The purpose of this Memorandum is to briefly summarize the action of the Panel on each of those items.

---

This document is ☐ is not ☐ intended to be a privileged communication, and should be forwarded directly to the recipient named above.

AAA #74 Y 181 00129 004 DEAR
4/10/2006

1. The Panel has orally granted the Motion of the Claimant, dated 3/22/2006, to add a Seventh and an Eighth Claim for Relief, and a claim for Punitive damages, in the manner set forth in Claimant's Motion.

2. The Panel has requested that the Respondents furnish the Panel with a memorandum setting forth (i) those steps which the Respondents believe they must take for the purpose of preparing to meet the additional claims, including any additional discovery that they believe they must have. The Respondents are to file and serve the memorandum by the 5:00 p.m., Monday, April 24.[1] The Claimant is to file and serve a response by 5:00 p.m., Monday, May 1. The Respondents are to file a reply by 12:00 noon, Thursday, May 4. The Panel will hold a hearing on the issues raised in the memoranda of the parties on Friday, May 5, at 2:00 p.m.

3. The Respondent's have indicated that they may want to amend their present cross-claims to add additional cross claims triggered by the Claimant's amendment. The Panel has agreed that, pursuant to AAA Commercial Rule R6, it will consider such additional cross claims. The Panel requests that the Respondents file a motion to amend, if they wish to amend, by 5:00 p.m., Monday, April 24. A response by Claimant and a reply by Respondents shall be filed on the same schedule as set forth in 2 above. A hearing on the motion will be held at the same time as the hearing referenced in 2 above.

4. The Parties and Panel have agreed that the matters before the Panel will be bifurcated in such manner as permit the Panel to make an interim award on all matters other than (i) those issues raised by the amendment of Claimant's Claim, as set forth above; (ii) Punitive damages, both with respect to Claimant and as to Respondent; (iii) alleged damages for the UBS transaction, if there is a finding of liability; and (iv) attorney's fees.

We have agreed on additional hearing days for the purpose of providing sufficient hearing time to both complete all matters presently before the Panel and to hear new issues relating to Claimant's amendments.

The Punitive damages issue will remain before the Panel until the conclusion of the hearings on Claimant's new claims. At that juncture, the Panel will determine whether it believes that this is an appropriate case for an award of Punitive damages to either party; if it believes that it is, a separate hearing will be scheduled to deal with Punitive damages.

---

[1] All times are Pacific Daylight Savings Time.

2

AAA #74 Y 181 00129 004 DEAR
4/10/2006

5. The Panel and the Parties, on March 31, agreed on the following additional hearing days:

| Date | Number of days |
|---|---|
| May 22 | 1 |
| May 24 through May 27[2] | 4 |
| July 17 through July 20 | 4 |
| September 14 and 15 | 2 |
| September 18 through September 21 | 4 |

(a) All testimony in the first phase of this matter will be completely finished by 5:30 p.m., Saturday, May 27.

(b) Concurrent closing briefs as set forth in Hearing Order #21 shall be filed and served by the parties by 5:00 p.m. on Tuesday, June 20.

(c) Closing arguments will be heard on Monday and Tuesday, July 17 and 18; Wednesday and Thursday, July 19th and 20th will be reserved for post closing matters.

6. Hearing on the 14th, and 15th of September, and on the 18th through the 21st will be devoted to the amended claims. The Parties have agreed that, if the hearing on the amended claims is not completed sooner, the 21st will be used for closing with respect to those issues.

7. There has been a substantial controversy with respect to the issue of confidentiality.

(a) The record reflects 3 specific areas in which during the course of the proceeding (although no written protective order was in effect) the parties specifically agreed upon confidentiality: (i) the Goldman Sachs matter, (ii) the Myerson testimony, and (iii) the beneficiaries of the &Trust .

(b) The respondents have filed a letter dated April 7 with the Panel setting forth the relief they request with regard to any disclosures of confidential information. Claimant is to file and serve a response to the letter of April 7 by 5:00 p.m., Monday, April 17.

(c) The Panel will rule on the request following the hearing on Friday, May 5.

---

[2] The motion dated April 7 by Claimant to cancel the hearing scheduled for May 24 is DENIED. It is expected that Claimant and at least one of his counsel will be present and ready to proceed with the hearing on May 24.

3

AAA #74 Y 181 00129 004 DEAR
4/10/2006

8. The respondents are to file and serve a response to the motion dated April 7 by Claimant to allocate time by 5:00 p.m., Monday, April 17. The Panel will rule on the motion following the hearing on Friday, May 5.

It is so ORDERED:

*[signature]*

Professor J. Lani Bader
For the Panel

cc: Zela G. Claiborne, Esq.
    Thomas J. Klitgaard, Esq.

4