# Exhibit D

David Soward
Personal Financial Statements (Excluding personal residence and claims in arbitration)

# Redacted

# Conditionally Filed Under Seal

# Redacted

# Conditionally Filed Under Seal