# Exhibit E



## & CAPITAL

### Memorandum

**DATE:** December 18, 2002

**TO:** Sandy Lerner, Len Bosack, Richard Troiano

**FROM:** David Soward

**TOTAL PAGES:** 2

---

The purpose of this memo is simple: job security. My contract with The & Trust expires at the end of 2003. I would like it extended three years to the end of 2006.

Do I deserve that? Since our 10-year anniversary has just passed, let me make my case.

As of September 30, 2002 the following are the annualized returns for the Trust and for two measures of the market, the S&P 500 index and the NASDAQ index.

|            | 10 year* | 5 year* | 3 year* | 1 year  |
|------------|----------|---------|---------|---------|
| The & Trust | 12.60%   | 17.80%  | 4.34%   | -5.35%  |
| S&P 500     | 8.98%    | -1.63%  | -12.87% | -20.37% |
| Nasdaq      | 7.23%    | -6.71%  | -24.47% | -21.41% |

*Compounded annual returns (IRR).

The investment returns are actually better than the above table. If you remove cash held for distributions and expenses, the 10 year annualized return is 13.71%.

Stated a different way, on October 1, 1992 the Trust was worth about $97 million, approximately $119 million has been paid out, and the remaining value is $110 million. Therefore about $132 million of value has been added in the past 10 years. To contrast that with the alternative of investing all of the money in the S&P 500 index (my original benchmark) I calculated the results both as if the payouts were the same as the actual payouts and then adjusting the payouts to what they would have been with different balances. The current value of the Trust would be $71,731,573 and $63,831,894 respectively. You and the Trust would be worse off by $39,085,536 or $46,985,215 depending on the calculation method.

& Capital, Inc. · 345 California Street, Suite 3300, San Francisco, CA 94104 · (415) 743.1573 Fax (415) 743.1509

DCS02213

In conclusion I ask for two things, an extension of the current contract to the end of 2006 and an increase in my basis point fee from 30 basis points to 35.

Please sign below if you agree. If Rob Wood thinks more documentation is necessary, then I will deal with that after we agree to what the deal is.

There were times when I questioned my approach as the markets reached for the sky and I felt lonely in my cynicism. Looking at these numbers I feel that we did the right thing and I appreciate the faith you showed in hiring an inexperienced accountant 10 years ago.

All my best,
David

If you agree to the three year extension, please sign below and fax to me at 415 743 1509. Please call Bachelle or me before you fax so we can wait for it and not leave this sitting around.

_____
Sandy Lerner

_____
Len Bosack

_____
Richard Troiano

If you agree with the increase in fee from 30 to 35 basis points please sign below, if you do not agree please write "no" in your space.

_____
Sandy Lerner

_____
Len Bosack

_____
Richard Troiano

2

& Capital, Inc. • 345 California Street, Suite 3300, San Francisco, CA 94104 • (415) 743 1573  Fax (415) 743 1509

DCS02214