# Exhibit L

Honorable Thomas S. Zilly

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
9                                AT SEATTLE

10   LEONARD BOSACK, individually and as
     Trustee on behalf of The & Trust and as         No.  CV-04-1664Z
11   Trustee on behalf of the Leonard Bosack
     Trust; and SANDY LERNER, individually           **DECLARATION OF ROBERT J.**
12   and as Trustee on behalf of The & Trust and     **FLEMING IN SUPPORT OF**
     as Trustee on behalf of the Sandra K. Lerner    **PLAINTIFFS' MEMORANDUM IN**
13   Trust,                                          **OPPOSITION TO MOTION TO**
                          Plaintiffs,                **STAY PENDING ARBITRATION**
14                                                   **OR, IN THE ALTERNATIVE, TO**
              v.                                     **DISMISS OR TRANSFER VENUE**
15                                                   **PURSUANT TO 28 U.S.C. §1406(a),**
     DAVID C. SOWARD and &                           **OR TO TRANSFER VENUE**
16   MANAGEMENT COMPANY,                             **PURSUANT TO 28 U.S.C. §1404(a)**

                          Defendants.
17
                                                     NOTE ON MOTION CALENDAR:
18                                                   September 10, 2004

19

20          I, Robert J. Fleming, declare as follows:

21          1.      I am a resident of Mercer Island, Washington and a Certified Public

22   Accountant with the Bellevue-based accounting firm of Clark Nuber.  I have personal

23   knowledge of the facts set forth in this declaration and if called as a witness I could and

24   would testify competently thereto.

25

26

DECLARATION OF ROBERT J. FLEMING IN
SUPPORT OF PLAINTIFFS' MEMORANDUM IN
OPPOSITION TO MOTION TO STAY ...
NO. CV-04-1664Z – Page 1

2.     In 2003, Clark Nuber was retained by & Capital Partners, L.P. ("Capital Partners"), the Leonard X. Bosack and Bette M. Kruger Foundation (the "Foundation") and the & Trust to perform, and did perform, the following reviews, under certain agreed-upon procedures, for each of the entities:

a.     Clark Nuber performed agreed-upon procedures to verify the investment return for Capital Partners, as provided by its investment adviser during the period from 1995 through 1999.  A copy of the report on the performance of these agreed-upon procedures is attached as Exhibit A.

b.     Clark Nuber performed agreed-upon procedures to verify the investment return for Capital Partners, as provided by its investment adviser during the period from 2000 through 2002.  A copy of the report on the performance of these agreed-upon procedures is attached as Exhibit B.

c.     Clark Nuber performed agreed-upon procedures to verify the investment return for the Foundation, as provided by its investment adviser during the period from 1998 through 2002.  A copy of the report on the performance of these agreed-upon procedures is attached as Exhibit C.

d.     Clark Nuber performed agreed-upon procedures to verify the investment return for the & Trust, as provided by its investment adviser during the period from 1992 through 2002.  Copies of the reports on the performance of these agreed-upon procedures are attached as Exhibit D.

e.     Clark Nuber performed agreed-upon procedures for the & Trust to verify the management and incentive fees paid to its investment adviser during the period from January 1992 to December 2003.  A copy of the report on the performance of these agreed-upon procedures is attached as Exhibit E.

3.     From the time Clark Nuber was first retained to perform the agreed-upon procedures in June 2003, through November 2003, our accountants spent approximately

DECLARATION OF ROBERT J. FLEMING IN
SUPPORT OF PLAINTIFFS' MEMORANDUM IN
OPPOSITION TO MOTION TO STAY ...
NO. CV-04-1664Z – Page 2

YARMUTH WILSDON CALFO PLLC
THE IDX TOWER
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

1  470 hours working on the project. A substantial amount of that time was spent at the

2  Redmond offices of & Capital, Inc., reviewing the books and records maintained at that

3  office.

4  4.    At no time was it necessary for any Clark Nuber accountant to travel outside

5  of the Seattle area to perform the agreed-upon procedures.

6  5.    All of the Clark Nuber accountants who performed the agreed-upon

7  procedures are currently located in the Seattle area and all work product associated with the

8  performance of the agreed-upon procedures is located at Clark Nuber's Bellevue office.

9  I declare under penalty of perjury under the laws of the United States and

10 Washington that the forgoing is true and correct.

11 Executed this  1 st  day of September, 2004, at Bellevue, Washington.

12

13                                        Robert J. Fleming

14

DECLARATION OF ROBERT J. FLEMING IN
SUPPORT OF PLAINTIFFS' MEMORANDUM IN
OPPOSITION TO MOTION TO STAY …
NO. CV-04-1664Z – Page 3
348.01 el012006 9/1/04

YARMUTH WILSDON CALFO PLLC
THE IDX TOWER
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888