# Exhibit M

Exhibit B

***& CAPITAL PARTNERS, L.P.***

Agreed-Upon Procedures
In Regards To
Investment Return
For 2000 - 2002

CLARK NUBER

Certified Public Accountants
& Consultants
10900 NE 4th Street
Suite 1700
Bellevue WA 98004
T: 425.454.4919
F: 425.454.4620
800.504.8747
clarknuber.com

Clark Nuber is a
Professional Services Corporation

*Independent Accountants' Report*
*On Applying Agreed-Upon Procedures*

*& Capital Partners, L.P.*
*San Francisco, California*

We have performed the procedures enumerated below, which were agreed to by & Capital Partners, L.P. (the Partnership) solely to assist you with respect to verifying the historic investment return provided to you by your investment advisor, Mr. David Soward with assistance by Ms. Lisa Snyder, for the period from January 2000 to December 2002. This engagement to apply agreed-upon procedures was performed in accordance with standards established by the American Institute of Certified Public Accountants. The sufficiency of the procedures is solely the responsibility of the specified parties in the report. Consequently, we make no representation regarding the sufficiency of the procedures described below either for the purpose for which this report has been requested or for any other purpose.

In addition to inquiry of Partnership personnel, the following procedures were performed:

1. Obtained the investment return calculation formula and information to support the calculations from Mr. Soward and Ms. Snyder for calendar years ended December 31, 2002, 2001 and 2000.

2. Obtained monthly statements received by the Partnership's accounting department from investment managers for each of the investments in the Partnership's portfolio for each of the five calendar years listed above.

3. Compared information used to calculate historical return to information obtained from the Partnership's accounting department for accuracy for each of the three years. With the exception of item O and U in Appendix A, agreed the ending fair market value for each of the year ends stated above and all cash flows in and out of the investment accounts from the investment manager statements or other manager documentation to the investment return spreadsheet provided by Mr. Soward. Where monthly statements were not available, we used quarterly or annual statements. See results of this testing at Appendix A.

4. Recalculated the investment formula used by Mr. Soward to verify mathematical accuracy. See results of testing at Appendix A.

5. Reviewed the formula used to calculate investment return for reasonableness. Noted no exceptions in formula used.

6. Reviewed the allocation of the Partnership's profit and loss to each partner from inception (1995) to December 31, 2002 as reported on Schedule K-1 of the Partnership's Form 1065, and recalculated the pro rata amounts. See results of this review at Appendix B.

7. Reviewed the activities of partners' capital accounts from inception to the year ended December 31, 2002 and recalculated the pro rata amounts. See results of this review at Appendix C.

We were not engaged to, and did not, perform an audit, the objective of which would be the expression of an opinion on the specified elements, accounts, or items. Accordingly, we do not express such an opinion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

This report is intended solely for the information and use of the Partnership and is not intended to be and should not be used by anyone other than these specified parties.

Clark Nuber P.S.

Certified Public Accountants

July 1, 2003

& Capital Partners, L.P.

Appendix A

| Manager | A Per David Soward Year-End Market Value | % of Portfolio | Annual Return | B Recalculated by Clark Nuber Year-End Market Value | % of Portfolio | Annual Return | A - B Variance Year-End Market Value | % of Portfolio | Annual Return | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| December 31, 2000 | Per Power Point Documents | | | | | | | | | |
| Pine Street Associates, L.P. | $ 8,738,438 | 9.5% | 14.15% | $ 8,738,438 | 9.5% | 14.15% | $ - | - | - | |
| ABRY | 1,348,804 | 1.5% | 190.79% | 1,441,777 | 1.6% | 190.79% | (92,973) | -0.1% | - | A |
| Antrim Shale | 1,795,619 | 2.0% | 0.00% | 1,795,619 | 1.9% | 0.00% | - | - | - | P |
| Tarrant Avenue Partners, L.P. | 1,822,010 | 2.0% | 0.00% | 2,480,637 | 2.7% | 16.99% | (658,627) | -0.7% | -16.99% | B |
| Crystal Springs | 1,500,000 | 1.6% | 14.12% | 1,500,000 | 1.6% | 14.12% | - | - | - | P |
| Cell Therapeutics | 450,630 | 0.5% | 608.98% | 450,630 | 0.5% | 469.79% | - | - | 139.19% | C |
| Chaddesley | 44,299 | 0.0% | -25.89% | 44,299 | 0.0% | -25.89% | - | - | - | |
| Colony Participant Partners III | 1,831,173 | 2.0% | 0.00% | 1,831,173 | 2.0% | 0.00% | - | - | - | |
| DHII | 1,385,840 | 1.5% | 0.00% | 1,385,840 | 1.5% | 0.00% | - | - | - | O |
| DLJ Merchant Banking II | 3,665,920 | 4.0% | 0.26% | 3,665,920 | 4.0% | 0.26% | - | - | - | |
| DLJ Merchant Banking III | 1,827,194 | 2.0% | -3.11% | 1,827,194 | 2.0% | -3.11% | - | - | - | |
| Francisco Partners L.P. | 2,486,031 | 2.7% | 0.00% | 2,486,031 | 2.7% | 0.00% | - | - | - | |
| GS Capital | 8,260,885 | 9.0% | -24.05% | 7,820,377 | 8.5% | -28.10% | 440,508 | 0.5% | 4.05% | B |
| Gryphon Investors | 6,323,096 | 6.9% | 0.00% | 9,132,128 | 9.9% | 54.47% | (2,809,032) | -3.0% | -54.47% | D |
| Gryphon II | 364,341 | 0.4% | 0.00% | 549,615 | 0.6% | 0.00% | (185,274) | -0.2% | 0.00% | E, V |
| Gull Rock, L.P. | 1,500,000 | 1.6% | 0.00% | 161,245 | 0.2% | -89.25% | 1,338,755 | 1.5% | 89.25% | F |
| Kalco Investments | 802,250 | 0.9% | 0.00% | 802,250 | 0.9% | 0.00% | - | - | - | Q |
| Lassen Hydroelectric | 1,200,000 | 1.3% | 2.39% | 1,200,000 | 1.3% | 2.39% | - | - | - | P |
| Lubert-Adler Real Estate Fund II, L.P. | 6,500,584 | 7.1% | 0.00% | 7,174,108 | 7.8% | 10.36% | (673,524) | -0.7% | -10.36% | B |
| Lubert-Adler Real Estate Fund III, L.P. | 1,100,000 | 1.2% | 0.00% | 1,100,000 | 1.2% | N/A | - | - | - | V |
| Epoch | 3,445,575 | 3.7% | 438.05% | 3,445,575 | 3.7% | 438.05% | - | - | - | |
| Madison Investments | 3,000,000 | 3.3% | 0.00% | 500,000 | 0.5% | 0.00% | 2,500,000 | 2.8% | - | G |
| Madison Investment Partners II, L.P. | 4,067,625 | 4.4% | 0.00% | 4,067,625 | 4.4% | 0.00% | - | - | - | V |
| Molecular Geriatrics | 500,000 | 0.5% | 0.00% | 500,000 | 0.5% | 0.00% | - | - | - | R |
| QTL | 2,120,016 | 2.3% | 0.00% | 2,125,000 | 2.3% | 0.24% | (4,984) | - | -0.24% | H |
| Urban Decay | - | 0.0% | 60.89% | | 0.0% | 60.89% | - | - | - | |
| Westar | 4,250,000 | 4.6% | 0.00% | 4,250,000 | 4.6% | 0.00% | - | - | - | S |
| Whitehall I&II | 1,410,324 | 1.5% | 22.73% | 1,410,324 | 1.5% | 22.73% | - | - | - | |
| Whitehall III&IV | 856,807 | 0.9% | 20.64% | 856,807 | 0.9% | 20.64% | - | - | - | |
| Capital Other | 670,531 | 0.7% | N/A | 737,705 | 0.8% | -61.87% | (67,174) | -0.1% | 61.87% | L |
| Capital Cash | 18,704,069 | 20.3% | 6.18% | 18,704,069 | 20.3% | 6.55% | - | - | -0.37% | W |
| | $ 91,972,061 | 100.0% | 6.85% | $ 92,184,386 | 100.0% | 14.27% | $ (212,325) | 0.00% | -7.42% | |

& Capital Partners, L.P.

Appendix A

| Manager | A Per David Soward Year-End Market Value | % of Portfolio | Annual Return | B Recalculated by Clark Nuber Year-End Market Value | % of Portfolio | Annual Return | A - B Variance Year-End Market Value | % of Portfolio | Annual Return | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| December 31, 2001 | Per Investment Return Spreadsheet | | | | | | | | | |
| Pine Street Associates, L.P. | $ 8,772,546 | 10.6% | 0.39% | $ 8,772,546 | 10.9% | 0.39% | $ - | -0.3% | - | |
| ABRY | 1,308,602 | 1.6% | -19.22% | 1,308,602 | 1.6% | -19.22% | - | - | - | |
| Antrim Shale | 1,795,619 | 2.2% | 0.00% | 1,795,619 | 2.2% | 0.00% | - | - | - | P |
| Tarrant Avenue Partners, L.P. | 574,138 | 0.7% | 251.21% | 574,138 | 0.7% | 14.06% | - | - | 237.15% | J |
| Crystal Springs | 1,500,000 | 1.8% | 15.46% | 1,500,000 | 1.9% | 15.46% | - | -0.1% | - | P |
| Cell Therapeutics | 241,400 | 0.3% | -46.43% | 241,400 | 0.3% | -46.43% | - | - | - | |
| Chaddesley | - | 0.0% | -60.02% | - | 0.0% | -60.02% | - | - | - | |
| Colony Participant Partners III | 1,468,891 | 1.8% | 76.78% | 1,468,891 | 1.8% | 76.78% | - | - | - | |
| DHII | 443,763 | 0.5% | 0.00% | 801,407 | 1.0% | 0.00% | (357,644) | - | - | T, U |
| DLJ Merchant Banking II | 3,641,982 | 4.4% | 9.93% | 3,641,982 | 4.5% | 9.93% | - | -0.1% | - | |
| DLJ Merchant Banking III | 2,504,829 | 3.0% | -0.68% | 2,504,829 | 3.1% | -0.68% | - | -0.1% | - | |
| Francisco Partners L.P. | 1,832,945 | 2.2% | -33.01% | 1,832,945 | 2.3% | -33.01% | - | -0.1% | - | |
| GS Capital | 3,636,282 | 4.4% | -3.08% | 3,636,282 | 4.5% | 2.49% | - | -0.1% | -5.57% | J |
| Gryphon Investors | 5,686,168 | 6.9% | 113.11% | 5,686,168 | 7.1% | 0.42% | - | -0.2% | 112.69% | J |
| Gryphon II | 1,388,799 | 1.7% | -9.68% | 1,388,799 | 1.7% | -9.68% | - | - | - | |
| Gull Rock, L.P. | 253,619 | 0.3% | 57.29% | 253,619 | 0.3% | 57.29% | - | - | - | |
| Kalco Investments | - | 0.0% | -94.63% | - | 0.0% | -94.63% | - | - | - | Q |
| Lassen Hydroelectric | 1,200,000 | 1.4% | 0.00% | 1,200,000 | 1.5% | 0.00% | - | - | - | P |
| Lubert-Adler Real Estate Fund II, L.P. | 6,893,711 | 8.3% | 29.06% | 6,893,711 | 8.5% | 14.61% | - | -0.2% | 14.45% | J |
| Lubert-Adler Real Estate Fund III, L.P. | 1,801,977 | 2.2% | -14.19% | 1,801,977 | 2.2% | -14.19% | - | - | - | |
| Epoch | 1,312,500 | 1.6% | -61.91% | 1,312,500 | 1.6% | -61.91% | - | - | - | |
| Madison Investments | 3,000,000 | 3.6% | 0.00% | 500,000 | 0.6% | 0.00% | 2,500,000 | 3.0% | - | G |
| Madison Investment Partners II, L.P. | 2,188,669 | 2.6% | -46.19% | 2,188,669 | 2.7% | -46.19% | - | -0.1% | - | |
| Molecular Geriatrics | 500,000 | 0.6% | 0.00% | 500,000 | 0.6% | 0.00% | - | - | - | R |
| Passport | 185,000 | 0.2% | N/A | 185,000 | 0.2% | N/A | - | - | - | V |
| Blue River Advantaged Muni Fund | 5,000,000 | 6.0% | N/A | 5,000,000 | 6.2% | N/A | - | -0.2% | - | |
| QTL | 2,500,000 | 3.0% | 0.00% | 2,500,000 | 3.1% | 0.00% | - | -0.1% | - | |
| Westar | 4,250,000 | 5.1% | 0.00% | 4,250,000 | 5.3% | 0.00% | - | -0.2% | - | S |
| Whitehall I&II | 200,980 | 0.2% | -42.63% | 200,980 | 0.2% | -42.63% | - | - | - | |
| Whitehall III&IV | 452,225 | 0.5% | -5.46% | 452,225 | 0.6% | -5.46% | - | - | - | |
| Capital Other | 1,012,829 | 1.2% | 65.00% | 1,012,829 | 1.3% | 65.00% | - | - | - | |
| Capital Cash | 17,241,372 | 20.8% | 4.45% | 17,241,372 | 21.4% | 4.45% | - | -0.6% | - | |
| | $ 82,788,846 | 100.0% | 1.38% | $ 80,646,490 | 100.0% | -2.92% | $ 2,142,356 | 0.00% | 4.30% | |
| Loan to Mr. David Soward | | | | $ 1,000,000 | | | | | | M |

Appendix A
Page 2

& Capital Partners, L.P.

Appendix A

| Manager | A Per David Soward Year-End Market Value | A % of Portfolio | A Annual Return | B Recalculated by Clark Nuber Year-End Market Value | B % of Portfolio | B Annual Return | A - B Variance Year-End Market Value | A - B % of Portfolio | A - B Annual Return | Note | Source for Market Value in Column B |
|---|---|---|---|---|---|---|---|---|---|---|---|
| December 31, 2002 | Per Investment Return Spreadsheet | | | | | | | | | | |
| Pine Street Associates, L.P. | $ 8,595,019 | 9.8% | -2.02% | $ 8,595,019 | 10.7% | -2.02% | $ - | -0.9% | - | | K-1 |
| ABRY | 1,236,390 | 1.4% | -5.52% | 1,236,390 | 1.5% | -5.52% | - | -0.1% | - | | K-1 |
| Antrim Shale | 1,795,619 | 2.0% | 0.00% | 1,795,619 | 2.2% | 0.00% | - | -0.2% | - | P | Investment is held at cost. Per discussion with Dell Keehn, President of the General Partners of the project, the market value is estimated to be equal to the cost. |
| Tarrant Avenue Partners, L.P. | 180,976 | 0.2% | 3.01% | 180,976 | 0.2% | 3.01% | - | - | - | | K-1 |
| Crystal Springs | 1,500,000 | 1.7% | 14.36% | 1,500,000 | 1.9% | 14.36% | - | -0.2% | - | P | Investment is held at cost. Per discussion with Dell Keehn, President of the General Partners of the project, the fair value is estimated at $2,250,000. |
| Cell Therapeutics | 72,700 | 0.1% | -69.88% | 72,700 | 0.1% | -69.88% | - | - | - | | Wells Fargo/Van Kasper year-end investment statement. |
| Colony Participant Partners III | 1,346,519 | 1.5% | 8.96% | 1,346,519 | 1.7% | 8.96% | - | -0.2% | - | | K-1 |
| DHII | 542,577 | 0.6% | 0.00% | 940,559 | 1.2% | 4.48% | (397,982) | - | -4.48% | T | Doughty Hanson & Co. year end statement. |
| DLJ Merchant Banking II | 3,450,558 | 3.9% | 3.82% | 3,450,558 | 4.3% | 3.82% | - | -0.4% | - | | K-1 |
| DLJ Merchant Banking III | 4,056,386 | 4.6% | -19.27% | 4,814,475 | 6.0% | -4.18% | (758,089) | -1.4% | -15.09% | K | K-1 |
| Francisco Partners L.P. | 3,378,062 | 3.8% | -19.24% | 3,378,062 | 4.2% | -19.24% | - | -0.4% | - | | K-1 |
| GS Capital | 1,488,560 | 1.7% | 7.08% | 1,488,560 | 1.8% | 7.08% | - | -0.1% | - | | K-1 |
| Gryphon Investors | 8,065,204 | 9.2% | 49.67% | 8,065,204 | 10.0% | 49.67% | - | -0.8% | - | | K-1 |
| Gryphon II | 1,467,043 | 1.7% | -20.43% | 1,467,043 | 1.8% | -20.43% | - | -0.1% | - | | K-1 |
| Harvest Partners IV, L.P. | 1,078,685 | 1.2% | N/A | 1,078,685 | 1.3% | N/A | - | -0.1% | - | V | Investment is held at cost instead of the K-1 value. Per David Sowards and Lisa Snyder, this is due to many expenses being incurred in the early years of the fund that are not recouped until later years. By carrying at cost, this avoids a J-curve pattern of return. |
| Lassen Hydroelectric | 1,200,000 | 1.4% | 0.00% | 1,200,000 | 1.5% | 0.00% | - | -0.1% | - | P | Investment is held at cost. Per discussion with Dell Keehn, President of the General Partners of the project, the market value is estimated at $2,250,000. |
| Lubert-Adler Real Estate Fund II, L.P. | 6,936,602 | 7.9% | 10.45% | 6,936,602 | 8.6% | 10.45% | - | -0.7% | - | | K-1 |
| Lubert-Adler Real Estate Fund III, L.P. | 6,120,277 | 6.9% | 3.14% | 6,120,277 | 7.6% | 3.14% | - | -0.7% | - | | K-1 |
| Epoch | 787,500 | 0.9% | -40.00% | 787,500 | 1.0% | -40.00% | - | - | - | | Wells Fargo/Van Kasper year-end statement. |
| Madison Investments | 3,000,000 | 3.4% | 0.00% | 500,000 | 0.6% | 0.00% | 2,500,000 | 2.8% | - | G | The fair value is not readily determinable, amount is the estimated economic value provided by David Sowards. Tried numerous times to call the contact at Madison and received no response. |
| Madison Investment Partners II, L.P. | 3,984,756 | 4.5% | 0.00% | 1,877,670 | 2.3% | -52.88% | 2,107,086 | 2.2% | 52.88% | B | K-1 |
| Molecular Geriatrics | 500,000 | 0.6% | 0.00% | 500,000 | 0.6% | 0.00% | - | - | - | R | Investment is held at cost although for tax purposes it was written down to $25,000. |
| Passport | 1,260,000 | 1.4% | 0.00% | 1,260,000 | 1.6% | 0.00% | - | -0.2% | - | V | Investment is held at cost instead of the K-1 value. Per David Sowards and Lisa Snyder, this is due to many expenses being incurred in the early years of the fund that are not recouped until later years. By carrying at cost, this avoids a J-curve pattern of return. |
| Blue River Advantaged Muni Fund | 4,242,412 | 4.8% | -15.15% | 4,242,412 | 5.3% | -15.15% | - | -0.5% | - | | K-1 |
| QTL | 3,900,000 | 4.4% | 56.00% | 3,900,000 | 4.8% | 56.00% | - | -0.4% | - | | Valued at $85 per share which is the fair value at year-end per Beth LeQuin at QTL. (40,000 shares x $85 = $3,400,000) Per David Sowards and Lisa Snyder, the remaining $500,000 was an investment in a project of QTL which is held at cost. |
| Quellos Appreciation Fund III | 10,227,812 | 11.6% | N/A | 10,227,812 | 12.7% | N/A | - | -1.1% | - | | K-1 |
| Westar | 4,126,865 | 4.7% | 0.00% | - | 0.0% | 0.00% | 4,126,865 | 4.7% | - | S | This is a private equity company in bankruptcy. The value was written off for tax purposes. The market value is indeterminable. |
| Whitehall I&II | 133,319 | 0.2% | -15.83% | 133,319 | 0.2% | -15.83% | - | - | - | | K-1 |
| Whitehall III&IV | 300,176 | 0.3% | -1.58% | 300,176 | 0.4% | -1.58% | - | - | - | | K-1 |
| Capital Other | 1,150,340 | 1.3% | 3.05% | 1,150,340 | 1.4% | 3.05% | - | -0.1% | - | | Amount represents loans as noted below. |
| Capital Cash | 1,937,752 | 2.2% | 2.33% | 1,937,752 | 2.4% | 2.33% | - | -0.2% | - | | Copper Mtn., First Union/Wachovia and Wells Fargo year end statements. |
| | $ 88,062,109 | 100.0% | 2.13% | $ 80,484,229 | 100.0% | -4.28% | $ 7,577,880 | 0.00% | 6.41% | | |
| Loan to Mr. David Soward | | | | $ 1,000,000 | | | | | | M | |
| Loan to Mr. Malcolm Kemp | | | | $ 150,000 | | | | | | N | |

Note:

Calculation of Annual Return is reported as time-weighted total rate of return: Ending market value is translated into a factor of the base market value, which is the market value on January 31, 1992 and given a factor of 1.00. Each factor is calculated by dividing the end of the month market value of the investment(s) by the sum of the beginning of the month market value plus or minus cash inflows (contributions) or outflows (grants, operating expenses, and fees to Mr. David Soward) during the month, times the factor for the previous month. Annual return is then calculated as a percentage variance between end of the year factor and beginning of the year factor.

Notes:

A - The variance is due to the value per the power point not being adjusted to the K-1 balance as of year-end.

B - The variance is due to the capital balance per the year-end K-1 not being updated.

C - The variance is due to input error in the Power Point presentation.

D - $2,994,306 of the variance is due to the capital balance per the K-1 not being updated. The offsetting $185,274 variance is due to a data entry error. The cash flows from the second half of 2000 for the Gryphon II investment were incorrectly entered in the Gryphon Investors column.

E - The variance is due to cash flows from the second half of 2000 being incorrectly recorded in the Gryphon Investors column instead of the Gryphon II column.

F - The variance is due to the Power Point presentation incorrectly showing the value as of November 2000, instead of December 2000.

G - The variance is due to the schedule not being updated. $3 million was the original cost of the investment; the estimated fair value of the investment as of 1999 is $500,000 per David Soward. The valuation of this investment is fairly subjective and David Soward and Lisa Snyder believe $500,000 is a fair estimate based on the following two considerations. In return for the initial funding given to the investment, & Capital received the following: 1) a reduced carried interest on gains distributed by MIP2 and 2) a small percentage of the carried interest paid by other LPs in MIP2.

H - The variance is due to input error in the Power Point presentation.

I - The variance is due to the investment not being written up to fair market value as of the beginning of the year.

J - The variance is due to the beginning of the year capital balance per the K-1 not being updated.

K - The DLJ III investment is made up of several entities. The variance is due to the UXT AIV year-end balance per the K-1 being excluded.

L - The year-end market value variance is due to an input error in the Power Point presentation. The variance in the annual return is due to the return being excluded from the Power Point presentation. The Capital Other category at any one time contained a combination of fixed income, equity or foreign equity items which were not major participants in the Partnership's overall investment scheme. Due to this it was determined that the annual return would not be meaningful; therefore, it was excluded from the presentation.

M - A 30-year loan in the amount of $1,000,000 was made to David Soward in April 2001 with interest rate of 6.125%. There were no formal, written loan documents available. The loan is tracked in the Capital Other section of the investment return spreadsheet.

N - A loan in the amount of $150,000 was made to Malcolm Kemp in February 2002. There were no formal, written loan documents available. The loan is tracked in the Capital Other section of the investment return spreadsheet.

O - The 2000 year-end statement was not available for our review as of the report date. Therefore, balance and return information is not verified. For this report, the investment return spreadsheet balances in column A were carried forward to column B.

P - Investment is held at cost. Per Lisa Snyder, the distributions from the investment do not diminish the value of the asset and therefore the K-1 value is not used. There is no readily determinable market value for this investment.

Q - Investment is held at cost. Per David Soward and Lisa Snyder, it is held at cost due to a small public float which can artificially inflate the market value.

R - Investment is held at cost due to the investment having no readily determinable market value. For tax purposes, the investment has been written down to $25,000 but per Lisa Snyder, no information has been received that the value of the investment has declined below cost.

S - Investment is held at cost due to the investment having no readily determinable market value.

T - The variance is due to the investment not being adjusted to market value per the year-end statement.

U - The 2000 year-end statement was not available for our review as of the report date. Due to the 2000 account balance affecting the 2001 return, the return information for 2001 was not verified. For this report, the annual return balance in column A was carried forward to column B.

V - Investment is stated at cost and not the K-1 value. Per David Soward and Lisa Snyder, this is due to many expenses being incurred during the early years of the partnership which are subsequently recouped in later years. By carrying at cost rather than the K-1 value, it avoids a "J-curve" pattern of returns.

W - The variance is due to an input error on the investment return spreadsheet in November 2002.

| Schedule K-1 line item | A<br>Per Schedule K-1 | B<br>Pro rata amount Recalculated by Clark Nuber | A - B<br>Variance | A<br>Per Schedule K-1 | B<br>Pro rata amount Recalculated by Clark Nuber | A - B<br>Variance | A<br>Per Schedule K-1 | B<br>Pro rata amount Recalculated by Clark Nuber | A - B<br>Variance |
|---|---|---|---|---|---|---|---|---|---|
| | David Soward's Schedule K-1 | | | Leonard Bosack's Schedule K-1 | | | Sandra Lerner's Schedule K-1 | | |
| **Year Ended December 31, 1995** | | | | | | | | | |
| Ordinary Income | 55,429 | 55,429 | - | 106,411 | 106,411 | - | 106,411 | 106,411 | - |
| Net Income(loss) from rental of real estate activities | (7,992) | (7,993) | 1 | (15,345) | (15,345) | - | (15,345) | (15,345) | - |
| Portfolio Income: Interest Income | 98,570 | 98,570 | - | 189,232 | 189,232 | - | 189,232 | 189,232 | - |
| Portfolio Income: Dividend Income | 87,729 | 87,728 | 1 | 168,419 | 168,419 | - | 168,419 | 168,419 | - |
| Portfolio Income: Net Short Term Capital Gain(Loss) | 450,590 | 467,109 | (16,519) A | 905,008 | 896,748 | 8,260 A | 905,008 | 896,748 | 8,260 A |
| Portfolio Income: Net Long Term Capital Gain(Loss) | 372,081 | 378,178 | (6,097) A | 729,069 | 726,020 | 3,049 A | 729,069 | 726,020 | 3,049 A |
| Other Portfolio Income(Loss) | 118,338 | 118,338 | - | 227,184 | 227,184 | - | 227,184 | 227,184 | - |
| Guaranteed Payments to Partners | 286 | 286 | - | 549 | 549 | - | 549 | 549 | - |
| Net gain(loss) under Section 1231 | - | 53,056 | (53,056) A | 128,384 | 101,856 | 26,528 A | 128,384 | 101,856 | 26,528 A |
| Other Income | (42,920) | (42,920) | - | (82,397) | (82,397) | - | (82,396) | (82,397) | 1 |
| Charitable Contributions | 299 | 299 | - | 574 | 574 | - | 573 | 574 | (1) |
| Deductions related to portfolio income | 107,305 | 107,305 | - | 206,003 | 206,003 | - | 206,003 | 206,003 | - |
| Other deductions | 386 | 386 | - | 741 | 742 | (1) | 743 | 742 | 1 |
| Interest expense on investment debts | 75,594 | 75,594 | - | 145,125 | 145,125 | - | 145,125 | 145,125 | - |
| Investment income included on lines 4a, 4b, 4c, & 4f | 354,297 | 354,296 | 1 | 680,171 | 680,171 | - | 680,171 | 680,171 | - |
| Investment expenses included on line 10 | 105,297 | 105,297 | - | 202,148 | 202,147 | 1 | 202,147 | 202,147 | - |
| Other credits | 32,172 | 32,172 | - | 61,764 | 61,764 | - | 61,764 | 61,764 | - |
| Net earnings from self-employment | 55,715 | 11,739 | 43,976 B | 549 | 22,537 | (21,988) B | 549 | 22,537 | (21,988) B |
| Gross non-farm income | 60,302 | 12,687 | 47,615 B | 549 | 24,356 | (23,807) B | 549 | 24,356 | (23,807) B |
| Depreciation adjustment on property placed in service after 1986 | 5,628 | 5,628 | - | 10,804 | 10,804 | - | 10,803 | 10,804 | (1) |
| Adjusted gain or loss | (788) | (788) | - | (1,512) | (1,512) | - | (1,512) | (1,512) | - |
| Gross income from oil/gas/geothermal properties | 41,273 | 41,273 | - | 79,236 | 79,236 | - | 79,236 | 79,236 | - |
| Deductions allocable to oil/gas/geothermal properties | 37,691 | 37,691 | - | 72,358 | 72,358 | - | 72,357 | 72,358 | (1) |
| Other adjustments and tax preference items | 6,138 | 6,138 | - | 11,783 | 11,783 | - | 11,783 | 11,783 | - |
| Total gross income from sources outside the United States | 42,573 | 42,573 | - | 81,731 | 81,731 | - | 81,732 | 81,731 | 1 |
| Total applicable deductions and losses | 10,025 | 10,025 | - | 19,247 | 19,247 | - | 19,247 | 19,247 | - |
| Total foreign taxes | 2,229 | 2,229 | - | 4,279 | 4,279 | - | 4,279 | 4,279 | - |
| Tax exempt interest income | 2,634 | 2,634 | - | 5,056 | 5,056 | - | 5,056 | 5,056 | - |
| Other tax-exempt income | 19 | 19 | - | 36 | 36 | - | 35 | 36 | (1) |
| Non-deductible expenses | 6,562 | 6,562 | - | 12,598 | 12,598 | - | 12,598 | 12,598 | - |
| Distributions of money | 300,000 | 61,989 | 238,011 C | - | 119,005 | (119,005) C | - | 119,005 | (119,005) C |
| Taxable income(loss) | 946,298 | 1,021,968 | (75,670) A | 1,999,792 | 1,961,957 | 37,835 A | 1,999,792 | 1,961,957 | 37,835 A |
| **Year Ended December 31, 1996** | | | | | | | | | |
| Ordinary Income | 63,824 | 63,824 | - | 287,207 | 287,207 | - | 287,207 | 287,207 | - |
| Net Income(loss) from rental of real estate activities | (11,384) | (11,384) | - | (51,227) | (51,227) | - | (51,227) | (51,227) | - |
| Portfolio Income: Interest Income | 58,975 | 58,975 | - | 265,388 | 265,388 | - | 265,389 | 265,388 | 1 |
| Portfolio Income: Dividend Income | 38,750 | 38,751 | (1) | 174,381 | 174,381 | - | 174,383 | 174,381 | 2 |
| Portfolio Income: Net Short Term Capital Gain(Loss) | (557,688) | (557,688) | - | (2,509,597) | (2,509,597) | - | (2,509,597) | (2,509,597) | - |
| Portfolio Income: Net Long Term Capital Gain(Loss) | 300,126 | 300,126 | - | 1,350,567 | 1,350,567 | - | 1,350,566 | 1,350,567 | (1) |
| Other Portfolio Income(Loss) | 16,276 | 16,276 | - | 73,241 | 73,241 | - | 73,241 | 73,241 | - |
| Guaranteed Payments to Partners | 300 | 301 | (1) | 1,352 | 1,352 | - | 1,353 | 1,352 | 1 |
| Net gain(loss) under Section 1231 | 8,462 | 8,462 | - | 38,078 | 38,078 | - | 38,078 | 38,078 | - |
| Other Income | (5,275) | (5,275) | - | (23,738) | (23,738) | - | (23,739) | (23,738) | (1) |
| Charitable Contributions | 348 | 348 | - | 1,566 | 1,566 | - | 1,566 | 1,566 | - |
| Deductions related to portfolio income | 25,295 | 25,295 | - | 113,828 | 113,828 | - | 113,829 | 113,828 | 1 |
| Other deductions | 14,722 | 14,722 | - | 66,251 | 66,251 | - | 66,251 | 66,251 | - |
| Interest expense on investment debts | 15,671 | 15,671 | - | 70,520 | 70,520 | - | 70,521 | 70,520 | 1 |
| Investment income included on lines 4a, 4b, 4c, & 4f | 114,001 | 114,002 | (1) | 513,010 | 513,011 | (1) | 513,013 | 513,011 | 2 |
| Investment expenses included on line 10 | 25,302 | 25,302 | - | 113,860 | 113,860 | - | 113,861 | 113,860 | 1 |
| Other credits | 12,645 | 12,645 | - | 56,903 | 56,903 | - | 56,904 | 56,903 | 1 |
| Net earnings from self-employment | 64,124 | 6,683 | 57,441 B | 1,352 | 30,073 | (28,721) B | 1,353 | 30,073 | (28,720) B |
| Gross non-farm income | 66,419 | 6,912 | 59,507 B | 1,352 | 31,106 | (29,754) B | 1,353 | 31,106 | (29,753) B |
| Depreciation adjustment on property placed in service after 1986 | 4,555 | 4,555 | - | 20,498 | 20,498 | - | 20,498 | 20,498 | - |
| Adjusted gain or loss | (81) | (81) | - | (364) | (364) | - | (363) | (364) | 1 |
| Other adjustments and tax preference items | 4,674 | 4,675 | (1) | 21,035 | 21,035 | - | 21,036 | 21,035 | 1 |
| Total gross income from sources outside the United States | 25,661 | 25,661 | - | 115,476 | 115,476 | - | 115,477 | 115,476 | 1 |
| Total applicable deductions and losses | 6,669 | 6,669 | - | 30,012 | 30,012 | - | 30,013 | 30,012 | 1 |
| Total foreign taxes | 1,940 | 1,940 | - | 8,729 | 8,729 | - | 8,728 | 8,729 | (1) |
| Tax exempt interest income | 827 | 827 | - | 3,723 | 3,723 | - | 3,724 | 3,723 | 1 |
| Other tax-exempt income | 1 | 1 | - | 4 | 4 | - | 3 | 4 | (1) |
| Non-deductible expenses | 2,839 | 2,839 | - | 12,774 | 12,774 | - | 12,773 | 12,774 | (1) |
| Distributions of money | 645,830 | 938,422 | (292,592) D | 4,900,000 | 4,222,899 | 677,101 D | 3,838,391 | 4,222,899 | (384,508) D |
| Taxable income(loss) | (145,610) | (145,609) | (1) | (655,242) | (655,242) | - | (655,241) | (655,242) | 1 |

& Capital Partners, L.P.

Appendix B

| Schedule K-1 line item | A Per Schedule K-1 | B Pro rata amount Recalculated by Clark Nuber | A - B Variance |
|---|---|---|---|
| | **David Soward's Schedule K-1** | | |
| **Year Ended December 31, 1997** | | | |
| Ordinary Income | (238,555) | (238,555) | - |
| Net Income(loss) from rental of real estate activities | (6,843) | (6,844) | 1 |
| Portfolio Income: Interest Income | 66,485 | 66,485 | - |
| Portfolio Income: Dividend Income | 49,696 | 49,696 | - |
| Portfolio Income: Royalty Income | 723 | 723 | - |
| Portfolio Income: Net Short Term Capital Gain(Loss) | (666,528) | (662,994) | (3,534) A |
| Portfolio Income: Net Long Term Capital Gain(Loss) | 591,475 | 744,014 | (152,539) A |
| Other Portfolio Income(Loss) | 18,207 | 18,207 | - |
| Guaranteed Payments to Partners | 210 | 210 | - |
| Net gain(loss) under Section 1231 | (39,695) | (39,695) | - |
| Other Income | (38,568) | (38,568) | - |
| Charitable Contributions | 1,672 | 1,672 | - |
| Deductions related to portfolio income | 23,197 | 23,197 | - |
| Other deductions | 14,802 | 14,802 | - |
| Other credits | 8,511 | 8,511 | - |
| Interest expense on investment debts | 15,703 | 15,703 | - |
| Investment income included on lines 4a, 4b, 4c, & 4f | 133,090 | 133,090 | - |
| Investment expenses included on line 10 | 23,197 | 23,197 | - |
| Net earnings from self-employment | (238,345) | (23,646) | (214,699) B |
| Gross non-farm income | (164,028) | (16,214) | (147,814) B |
| Depreciation adjustment on property placed in service after 1986 | 5,915 | 5,915 | - |
| Adjusted gain or loss | (1,050) | (1,050) | - |
| Gross income from oil/gas/geothermal properties | 19,968 | 19,968 | - |
| Deductions allocable to oil/gas/geothermal properties | 19,218 | 19,219 | (1) |
| Other adjustments and tax preference items | 2,887 | 2,887 | - |
| Total gross income from sources outside the United States | 24,426 | 24,426 | - |
| Total applicable deductions and losses | 6,564 | 6,564 | - |
| Total foreign taxes | 1,931 | 1,931 | - |
| Tax exempt interest income | 464 | 464 | - |
| Non-deductible expenses | 3,037 | 3,037 | - |
| Distributions of money | - | 135,000 | (135,000) D |
| Taxable income(loss) | (320,698) | (164,626) | (156,072) A |
| **Year Ended December 31, 1998** | | | |
| Ordinary Income | (330,039) | (330,039) | - |
| Net Income(loss) from rental of real estate activities | (10,185) | (10,185) | - |
| Portfolio Income: Interest Income | 92,055 | 92,055 | - |
| Portfolio Income: Dividend Income | 12,605 | 12,606 | (1) |
| Portfolio Income: Net Short Term Capital Gain(Loss) | 75,491 | 75,491 | - |
| Portfolio Income: Net Long Term Capital Gain(Loss) | 643,559 | 644,017 | (458) A |
| Other Portfolio Income(Loss) | 10,964 | 10,964 | - |
| Net gain(loss) under Section 1231 | 6,316 | 15,368 | (9,052) A |
| Other Income | 7,188 | 7,188 | - |
| Charitable Contributions | 988 | 988 | - |
| Section 179 expense deduction | 116 | 116 | - |
| Deductions related to portfolio income | 25,745 | 25,746 | (1) |
| Other deductions | 8,221 | 8,221 | - |
| Qualified rehabilitation expenditures related to rental real estate | 367 | 367 | - |
| Other credits | 3,064 | 3,064 | - |
| Interest expense on investment debts | 12,651 | 12,651 | - |
| Investment income included on lines 4a, 4b, 4c, & 4f | 115,624 | 115,625 | (1) |
| Investment expenses included on line 10 | 25,745 | 25,746 | (1) |
| Net earnings from self-employment | (330,039) | (33,004) | (297,035) B |
| Gross non-farm income | (323,979) | (32,398) | (291,581) B |
| Depreciation adjustment on property placed in service after 1986 | 6,741 | 6,741 | - |
| Adjusted gain or loss | (450) | (450) | - |
| Gross income from oil/gas/geothermal properties | 7,443 | 7,443 | - |
| Deductions allocable to oil/gas/geothermal properties | 5,861 | 5,861 | - |
| Other adjustments and tax preference items | 832 | 832 | - |
| Total gross income from sources outside the United States | 8,594 | 8,594 | - |
| Total applicable deductions and losses | 8,850 | 8,850 | - |
| Total foreign taxes | 704 | 704 | - |
| Tax exempt interest income | 570 | 570 | - |
| Non-deductible expenses | 1,605 | 1,605 | - |
| Distributions of money | 459,464 | 45,946 | 413,518 D |
| Taxable income(loss) | 459,529 | 469,039 | (9,510) A |

| Schedule K-1 line item | A Per Schedule K-1 | B Pro rata amount Recalculated by Clark Nuber | A - B Variance |
|---|---|---|---|
| | **Leonard Bosack's Schedule K-1** | | |
| **Year Ended December 31, 1997** | | | |
| Ordinary Income | (1,073,496) | (1,073,496) | - |
| Net Income(loss) from rental of real estate activities | (30,796) | (30,796) | - |
| Portfolio Income: Interest Income | 299,183 | 299,183 | - |
| Portfolio Income: Dividend Income | 223,634 | 223,634 | - |
| Portfolio Income: Royalty Income | 3,254 | 3,254 | - |
| Portfolio Income: Net Short Term Capital Gain(Loss) | (2,981,705) | (2,983,472) | 1,767 A |
| Portfolio Income: Net Long Term Capital Gain(Loss) | 3,424,330 | 3,348,061 | 76,269 A |
| Other Portfolio Income(Loss) | 81,930 | 81,930 | - |
| Guaranteed Payments to Partners | 943 | 943 | - |
| Net gain(loss) under Section 1231 | (178,629) | (178,629) | - |
| Other Income | (173,556) | (173,556) | - |
| Charitable Contributions | 7,522 | 7,522 | - |
| Deductions related to portfolio income | 104,386 | 104,386 | - |
| Other deductions | 66,609 | 66,609 | - |
| Other credits | 38,300 | 38,300 | - |
| Interest expense on investment debts | 70,665 | 70,665 | - |
| Investment income included on lines 4a, 4b, 4c, & 4f | 598,905 | 598,905 | - |
| Investment expenses included on line 10 | 104,386 | 104,386 | - |
| Net earnings from self-employment | 943 | (106,407) | 107,350 B |
| Gross non-farm income | 943 | (72,964) | 73,907 B |
| Depreciation adjustment on property placed in service after 1986 | 26,618 | 26,618 | - |
| Adjusted gain or loss | (4,726) | (4,726) | - |
| Gross income from oil/gas/geothermal properties | 89,856 | 89,856 | - |
| Deductions allocable to oil/gas/geothermal properties | 86,483 | 86,483 | - |
| Other adjustments and tax preference items | 12,991 | 12,991 | - |
| Total gross income from sources outside the United States | 109,916 | 109,916 | - |
| Total applicable deductions and losses | 29,538 | 29,538 | - |
| Total foreign taxes | 8,691 | 8,691 | - |
| Tax exempt interest income | 2,087 | 2,087 | - |
| Non-deductible expenses | 13,667 | 13,667 | - |
| Distributions of money | 675,000 | 607,500 | 67,500 D |
| Taxable income(loss) | (662,781) | (740,817) | 78,036 A |
| **Year Ended December 31, 1998** | | | |
| Ordinary Income | (1,485,176) | (1,485,176) | - |
| Net Income(loss) from rental of real estate activities | (45,834) | (45,834) | - |
| Portfolio Income: Interest Income | 414,248 | 414,248 | - |
| Portfolio Income: Dividend Income | 56,727 | 56,727 | - |
| Portfolio Income: Net Short Term Capital Gain(Loss) | 339,710 | 339,710 | - |
| Portfolio Income: Net Long Term Capital Gain(Loss) | 2,898,307 | 2,898,076 | 231 A |
| Other Portfolio Income(Loss) | 49,337 | 49,337 | - |
| Net gain(loss) under Section 1231 | 73,683 | 69,157 | 4,526 A |
| Other Income | 32,344 | 32,344 | - |
| Charitable Contributions | 4,447 | 4,447 | - |
| Section 179 expense deduction | 520 | 520 | - |
| Deductions related to portfolio income | 115,855 | 115,855 | - |
| Other deductions | 36,993 | 36,993 | - |
| Qualified rehabilitation expenditures related to rental real estate | 1,653 | 1,653 | - |
| Other credits | 13,789 | 13,789 | - |
| Interest expense on investment debts | 56,931 | 56,931 | - |
| Investment income included on lines 4a, 4b, 4c, & 4f | 520,312 | 520,312 | - |
| Investment expenses included on line 10 | 115,855 | 115,855 | - |
| Net earnings from self-employment | - | (148,518) | 148,518 B |
| Gross non-farm income | - | (145,791) | 145,791 B |
| Depreciation adjustment on property placed in service after 1986 | 30,335 | 30,335 | - |
| Adjusted gain or loss | (2,025) | (2,025) | - |
| Gross income from oil/gas/geothermal properties | 33,492 | 33,492 | - |
| Deductions allocable to oil/gas/geothermal properties | 26,374 | 26,374 | - |
| Other adjustments and tax preference items | 3,743 | 3,743 | - |
| Total gross income from sources outside the United States | 38,673 | 38,673 | - |
| Total applicable deductions and losses | 39,824 | 39,824 | - |
| Total foreign taxes | 3,166 | 3,166 | - |
| Tax exempt interest income | 2,564 | 2,564 | - |
| Non-deductible expenses | 7,224 | 7,224 | - |
| Distributions of money | - | 206,759 | (206,759) D |
| Taxable income(loss) | 2,115,434 | 2,110,677 | 4,757 A |

| Schedule K-1 line item | A Per Schedule K-1 | B Pro rata amount Recalculated by Clark Nuber | A - B Variance |
|---|---|---|---|
| | **Sandra Lerner's Schedule K-1** | | |
| **Year Ended December 31, 1997** | | | |
| Ordinary Income | (1,073,495) | (1,073,496) | 1 |
| Net Income(loss) from rental of real estate activities | (30,796) | (30,796) | - |
| Portfolio Income: Interest Income | 299,184 | 299,183 | 1 |
| Portfolio Income: Dividend Income | 223,634 | 223,634 | - |
| Portfolio Income: Royalty Income | 3,253 | 3,254 | (1) |
| Portfolio Income: Net Short Term Capital Gain(Loss) | (2,981,705) | (2,983,472) | 1,767 A |
| Portfolio Income: Net Long Term Capital Gain(Loss) | 3,424,330 | 3,348,061 | 76,269 A |
| Other Portfolio Income(Loss) | 81,930 | 81,930 | - |
| Guaranteed Payments to Partners | 943 | 943 | - |
| Net gain(loss) under Section 1231 | (178,630) | (178,629) | (1) |
| Other Income | (173,555) | (173,556) | 1 |
| Charitable Contributions | 7,522 | 7,522 | - |
| Deductions related to portfolio income | 104,386 | 104,386 | - |
| Other deductions | 66,610 | 66,609 | 1 |
| Other credits | 38,299 | 38,300 | (1) |
| Interest expense on investment debts | 70,665 | 70,665 | - |
| Investment income included on lines 4a, 4b, 4c, & 4f | 598,904 | 598,905 | (1) |
| Investment expenses included on line 10 | 104,386 | 104,386 | - |
| Net earnings from self-employment | 943 | (106,407) | 107,350 B |
| Gross non-farm income | 943 | (72,964) | 73,907 B |
| Depreciation adjustment on property placed in service after 1986 | 26,618 | 26,618 | - |
| Adjusted gain or loss | (4,727) | (4,726) | (1) |
| Gross income from oil/gas/geothermal properties | 89,857 | 89,856 | 1 |
| Deductions allocable to oil/gas/geothermal properties | 86,484 | 86,483 | 1 |
| Other adjustments and tax preference items | 12,990 | 12,991 | (1) |
| Total gross income from sources outside the United States | 109,915 | 109,916 | (1) |
| Total applicable deductions and losses | 29,538 | 29,538 | - |
| Total foreign taxes | 8,692 | 8,691 | 1 |
| Tax exempt interest income | 2,086 | 2,087 | (1) |
| Non-deductible expenses | 13,668 | 13,667 | 1 |
| Distributions of money | 675,000 | 607,500 | 67,500 D |
| Taxable income(loss) | (662,782) | (740,817) | 78,035 A |
| **Year Ended December 31, 1998** | | | |
| Ordinary Income | (1,485,175) | (1,485,176) | 1 |
| Net Income(loss) from rental of real estate activities | (45,834) | (45,834) | - |
| Portfolio Income: Interest Income | 414,247 | 414,248 | (1) |
| Portfolio Income: Dividend Income | 56,728 | 56,727 | 1 |
| Portfolio Income: Net Short Term Capital Gain(Loss) | 339,710 | 339,710 | - |
| Portfolio Income: Net Long Term Capital Gain(Loss) | 2,898,302 | 2,898,076 | 226 A |
| Other Portfolio Income(Loss) | 49,337 | 49,337 | - |
| Net gain(loss) under Section 1231 | 73,684 | 69,157 | 4,527 A |
| Other Income | 32,344 | 32,344 | - |
| Charitable Contributions | 4,447 | 4,447 | - |
| Section 179 expense deduction | 520 | 520 | - |
| Deductions related to portfolio income | 115,855 | 115,855 | - |
| Other deductions | 36,993 | 36,993 | - |
| Qualified rehabilitation expenditures related to rental real estate | 1,653 | 1,653 | - |
| Other credits | 13,789 | 13,789 | - |
| Interest expense on investment debts | 56,932 | 56,931 | 1 |
| Investment income included on lines 4a, 4b, 4c, & 4f | 520,312 | 520,312 | - |
| Investment expenses included on line 10 | 115,855 | 115,855 | - |
| Net earnings from self-employment | - | (148,518) | 148,518 B |
| Gross non-farm income | - | (145,791) | 145,791 B |
| Depreciation adjustment on property placed in service after 1986 | 30,335 | 30,335 | - |
| Adjusted gain or loss | (2,025) | (2,025) | - |
| Gross income from oil/gas/geothermal properties | 33,491 | 33,492 | (1) |
| Deductions allocable to oil/gas/geothermal properties | 26,374 | 26,374 | - |
| Other adjustments and tax preference items | 3,742 | 3,743 | (1) |
| Total gross income from sources outside the United States | 38,673 | 38,673 | - |
| Total applicable deductions and losses | 39,824 | 39,824 | - |
| Total foreign taxes | 3,165 | 3,166 | (1) |
| Tax exempt interest income | 2,563 | 2,564 | (1) |
| Non-deductible expenses | 7,224 | 7,224 | - |
| Distributions of money | - | 206,759 | (206,759) D |
| Taxable income(loss) | 2,115,431 | 2,110,677 | 4,754 A |

Appendix B
Page 2

Decl. of R. J. Fleming
No. CV-04-1664Z- Page 21

| Schedule K-1 line item | A<br>Per Schedule K-1 | B<br>Pro rata amount Recalculated by Clark Nuber | A - B<br>Variance | A<br>Per Schedule K-1 | B<br>Pro rata amount Recalculated by Clark Nuber | A - B<br>Variance | A<br>Per Schedule K-1 | B<br>Pro rata amount Recalculated by Clark Nuber | A - B<br>Variance |
|---|---|---|---|---|---|---|---|---|---|
| | David Soward's Schedule K-1 | | | Lednard Bosack's Schedule K-1 | | | Sandra Lerner's Schedule K-1 | | |
| **Year Ended December 31, 1999** | | | | | | | | | |
| Ordinary Income | (250,429) | (250,429) | - | (1,126,930) | (1,126,930) | - | (1,126,929) | (1,126,930) | 1 |
| Net income(loss) from rental of real estate activities | (37,219) | (37,219) | - | (167,484) | (167,484) | - | (167,483) | (167,484) | 1 |
| Net income from Rental Activities | (1,052) | (1,052) | - | (4,736) | (4,736) | - | (4,736) | (4,736) | - |
| Portfolio Income: Interest Income | 121,423 | 121,423 | - | 546,403 | 546,403 | - | 546,402 | 546,403 | (1) |
| Portfolio Income: Dividend Income | 14,262 | 14,262 | - | 64,178 | 64,178 | - | 64,178 | 64,178 | - |
| Portfolio Income: Net Short Term Capital Gain(Loss) | 778,984 | 787,625 | (8,641) A | 3,548,632 | 3,544,312 | 4,320 A | 3,548,632 | 3,544,312 | 4,320 A |
| Portfolio Income: Net Long Term Capital Gain(Loss) | 4,585 | 4,585 | - | 20,633 | 20,633 | - | 20,632 | 20,633 | (1) |
| Net gain(loss) under Section 1231 | 19,778 | 52,770 | (32,992) A | 253,961 | 237,463 | 16,498 A | 253,956 | 237,463 | 16,493 A |
| Other Income | 82,069 | 82,069 | - | 369,309 | 369,309 | - | 369,308 | 369,309 | (1) |
| Charitable Contributions | 946 | 946 | - | 4,258 | 4,258 | - | 4,259 | 4,258 | 1 |
| Deductions related to portfolio income | 66,246 | 66,246 | - | 298,105 | 298,105 | - | 298,105 | 298,105 | - |
| Other deductions | 1,342 | 1,342 | - | 6,040 | 6,040 | - | 6,041 | 6,040 | 1 |
| Interest expense on investment debts | 14,671 | 14,671 | - | 66,018 | 66,018 | - | 66,017 | 66,018 | (1) |
| Investment income included on lines 4a, 4b, 4c, & 4e | 140,266 | 140,270 | (4) | 631,214 | 631,213 | 1 | 631,216 | 631,213 | 3 |
| Investment expenses included on line 10 | 66,246 | 66,246 | - | 298,105 | 298,105 | - | 298,105 | 298,105 | - |
| Depreciation adjustment on property placed in service after 1986 | 9,726 | 9,726 | - | 43,767 | 43,767 | - | 43,768 | 43,767 | 1 |
| Adjusted gain or loss | (3,026) | (3,026) | - | (13,618) | (13,618) | - | (13,618) | (13,618) | - |
| Gross income from oil/gas/geothermal properties | 7,949 | 7,949 | - | 35,771 | 35,771 | - | 35,770 | 35,771 | (1) |
| Deductions allocable to oil/gas/geothermal properties | 6,438 | 6,438 | - | 28,971 | 28,971 | - | 28,972 | 28,971 | 1 |
| Other adjustments and tax preference items | 839 | 839 | - | 3,774 | 3,774 | - | 3,774 | 3,774 | - |
| Tax exempt interest income | 168 | 168 | - | 758 | 758 | - | 758 | 758 | - |
| Non-deductible expenses | 1,854 | 1,855 | (1) | 8,348 | 8,347 | 1 | 8,347 | 8,347 | - |
| Distributions of money | 707,386 | 120,739 | 586,647 D | - | 543,324 | (543,324) D | 500,000 | 543,324 | (43,324) D |
| Taxable income(loss) | 649,196 | 690,277 | (41,081) A | 3,129,545 | 3,106,247 | 23,298 A | 3,129,538 | 3,106,247 | 23,291 A |
| **Year Ended December 31, 2000** | | | | | | | | | |
| Ordinary Income | (286,247) | (286,247) | - | (1,288,113) | (1,288,113) | - | (1,288,114) | (1,288,113) | (1) |
| Net Income(loss) from rental of real estate activities | (93,673) | (93,673) | - | (421,529) | (421,529) | - | (421,529) | (421,529) | - |
| Net Income(loss) from rental activities | (1,097) | (1,097) | - | (4,935) | (4,935) | - | (4,935) | (4,935) | - |
| Portfolio Income: Interest Income | 292,152 | 292,153 | (1) | 1,314,686 | 1,314,686 | - | 1,314,687 | 1,314,686 | 1 |
| Portfolio Income: Dividend Income | 16,941 | 16,941 | - | 76,234 | 76,234 | - | 76,234 | 76,234 | - |
| Portfolio Income: Short Term Capital Gain(Loss) | - | 10,842 | (10,842) A | - | 48,788 | (48,788) A | - | 48,788 | (48,788) A |
| Portfolio Income: Long Term capital Gain | 2,315,071 | 2,209,229 | 105,842 A | 9,942,818 | 9,941,531 | 1,287 A | 9,942,819 | 9,941,531 | 1,288 A |
| Other Portfolio Income(Loss) | 2,644 | 2,644 | - | 11,898 | 11,898 | - | 11,899 | 11,898 | 1 |
| Net gain(loss) under Section 1231 | 111,153 | 115,841 | (4,688) A | 523,630 | 521,286 | 2,344 A | 523,630 | 521,286 | 2,344 A |
| Other Income | 110,213 | 110,213 | - | 495,958 | 495,958 | - | 495,957 | 495,958 | (1) |
| Charitable Contributions | 642 | 642 | - | 2,890 | 2,890 | - | 2,891 | 2,890 | 1 |
| Deductions related to portfolio income | 126,424 | 126,425 | (1) | 568,910 | 568,910 | - | 568,911 | 568,910 | 1 |
| Other deductions | 2,101 | 2,101 | - | 9,455 | 9,455 | - | 9,454 | 9,455 | (1) |
| Interest expense on investment debts | 78,286 | 78,286 | - | 352,289 | 352,289 | - | 352,289 | 352,289 | - |
| Investment income included on lines 4a, 4b, 4c, & 4f | 311,737 | 311,738 | (1) | 1,402,818 | 1,402,819 | (1) | 1,402,820 | 1,402,819 | 1 |
| Investment expenses included on line 10 | 126,424 | 126,425 | (1) | 568,910 | 568,910 | - | 568,911 | 568,910 | 1 |
| Net earnings from Self employment | - | - | - | - | - | - | - | - | - |
| Depreciation adjustment on property placed in service after 1986 | 6,138 | 6,138 | - | 27,621 | 27,621 | - | 27,621 | 27,621 | - |
| Adjusted gain or loss | (5,149) | (5,149) | - | (23,169) | (23,169) | - | (23,168) | (23,169) | 1 |
| Gross income from oil/gas/geothermal properties | 7,780 | 7,780 | - | 35,009 | 35,009 | - | 35,008 | 35,009 | (1) |
| Deductions allocable to oil/gas/geothermal properties | 5,186 | 5,187 | (1) | 23,339 | 23,339 | - | 23,340 | 23,339 | 1 |
| Other adjustments and tax preference items | 1,025 | 1,025 | - | 4,612 | 4,612 | - | 4,612 | 4,612 | - |
| Tax exempt interest income | - | - | - | 1 | 1 | - | 1 | 1 | - |
| Non-deductible expenses | 2,345 | 2,346 | (1) | 10,555 | 10,555 | - | 10,555 | 10,555 | - |
| Distributions of money | 2,575,747 | 807,575 | 1,768,172 D | 2,750,000 | 3,634,086 | (884,086) D | 2,750,000 | 3,634,086 | (884,086) D |
| Taxable income(loss) | 2,259,704 | 2,169,256 | 90,448 A | 9,717,103 | 9,761,652 | (44,549) A | 9,717,103 | 9,761,652 | (44,549) A |

& Capital Partners, L.P.

Appendix B

| Schedule K-1 line item | A<br>Per Schedule K-1 | B<br>Pro rata amount Recalculated by Clark Nuber | A - B<br>Variance | A<br>Per Schedule K-1 | B<br>Pro rata amount Recalculated by Clark Nuber | A - B<br>Variance | A<br>Per Schedule K-1 | B<br>Pro rata amount Recalculated by Clark Nuber | A - B<br>Variance |
|---|---|---|---|---|---|---|---|---|---|
| | David Soward's Schedule K-1 | | | Leonard Bosack's Schedule K-1 | | | Sandra Lerner's Schedule K-1 | | |
| **Year Ended December 31, 2001** | | | | | | | | | |
| Ordinary Income | (56,959) | (27,563) | (29,396) E | (109,335) | (124,033) | 14,698 E | (109,335) | (124,033) | 14,698 E |
| Net Income(loss) from rental of real estate activities | (50,970) | (50,970) | - | (229,365) | (229,365) | - | (229,364) | (229,365) | 1 |
| Net Income(loss) from rental activities | (864) | (864) | - | (3,890) | (3,890) | - | (3,890) | (3,890) | - |
| Portfolio Income: Interest Income | 132,442 | 132,443 | (1) | 595,992 | 595,992 | - | 595,992 | 595,992 | - |
| Portfolio Income: Dividend Income | 95,831 | 95,831 | - | 431,239 | 431,239 | - | 431,239 | 431,239 | - |
| Portfolio Income: Net Short Term Capital Gain(Loss) | (12,839) | (12,838) | (1) | (57,769) | (57,770) | 1 | (57,769) | (57,770) | 1 |
| Portfolio Income: Net Long Term Capital Gain(Loss) | 884,048 | 884,048 | - | 3,978,216 | 3,978,216 | - | 3,978,216 | 3,978,216 | - |
| Other Portfolio Income(Loss) | 264 | 264 | - | 1,189 | 1,189 | - | 1,189 | 1,189 | - |
| Guaranteed Payments to Partners | 556 | 556 | - | 2,503 | 2,503 | - | 2,503 | 2,503 | - |
| Net gain(loss) under Section 1231 | 36,498 | 36,498 | - | 164,239 | 164,239 | - | 164,239 | 164,239 | - |
| Other Income | 4,588 | 4,589 | (1) | 20,648 | 20,648 | - | 20,649 | 20,648 | 1 |
| Charitable Contributions | 706 | 706 | - | 3,177 | 3,177 | - | 3,178 | 3,177 | 1 |
| Deductions related to portfolio income | 116,703 | 146,099 | (29,396) E | 672,141 | 657,443 | 14,698 E | 672,141 | 657,443 | 14,698 E |
| Other deductions | 28,527 | 28,527 | - | 128,371 | 128,371 | - | 128,371 | 128,371 | - |
| Qualified rehabilitation expenditures related to rental real estate | 886 | 886 | - | 3,987 | 3,987 | - | 3,986 | 3,987 | (1) |
| Other credits | 5,095 | 5,095 | - | 22,929 | 22,929 | - | 22,929 | 22,929 | - |
| Interest expense on investment debts | 62,293 | 62,293 | - | 280,319 | 280,319 | - | 280,319 | 280,319 | - |
| Investment income included on lines 4a, 4b, 4c, & 4f | 228,537 | 228,538 | (1) | 1,028,420 | 1,028,420 | - | 1,028,420 | 1,028,420 | - |
| Investment expenses included on line 10 | 116,703 | 146,099 | (29,396) E | 672,141 | 657,443 | 14,698 E | 672,141 | 657,443 | 14,698 E |
| Depreciation adjustment on property placed in service after 1986 | 6,633 | 6,634 | (1) | 29,851 | 29,851 | - | 29,851 | 29,851 | - |
| Adjusted gain or loss | (4,804) | (4,804) | - | (21,619) | (21,619) | - | (21,620) | (21,619) | (1) |
| Gross income from oil/gas/geothermal properties | 5,233 | 5,234 | (1) | 23,551 | 23,551 | - | 23,551 | 23,551 | - |
| Deductions allocable to oil/gas/geothermal properties | 5,034 | 5,034 | - | 22,653 | 22,653 | - | 22,654 | 22,653 | 1 |
| Other adjustments and tax preference items | 888 | 888 | - | 3,996 | 3,996 | - | 3,996 | 3,996 | - |
| Gross income sourced at partner level | 1,743,617 | 1,743,917 | (300) | 7,846,275 | 7,847,625 | (1,350) | 7,846,274 | 7,847,625 | (1,351) |
| Total gross income from sources outside the United States | 344,519 | 344,519 | - | 1,550,336 | 1,550,336 | - | 1,550,337 | 1,550,336 | 1 |
| Total applicable deductions and losses | 42,719 | 42,719 | - | 192,234 | 192,234 | - | 192,233 | 192,234 | (1) |
| Deductions allocated and apportioned at partner level | 35,418 | 35,418 | - | 159,381 | 159,381 | - | 159,381 | 159,381 | - |
| Total foreign taxes | 3,400 | 3,400 | - | 15,299 | 15,299 | - | 15,298 | 15,299 | (1) |
| Non-deductible expenses | 366 | 366 | - | 1,647 | 1,647 | - | 1,647 | 1,647 | - |
| Distributions of money | 3,142,207 | 704,221 | 2,437,986 D | 200,000 | 3,168,993 | (2,968,993) D | 3,700,000 | 3,168,993 | 531,007 D |
| Taxable Income(loss) | 820,966 | 820,969 | (3) | 3,694,360 | 3,694,360 | - | 3,694,362 | 3,694,360 | 2 |
| **Year Ended December 31, 2002** | | | | | | | | | |
| Ordinary Income | (478,832) | (426,863) | (51,969) E | (1,894,899) | (1,920,884) | 25,985 E | (1,894,899) | (1,920,884) | 25,985 E |
| Net Income(loss) from rental of real estate activities | (60,521) | (60,522) | 1 | (272,347) | (272,347) | - | (272,347) | (272,347) | - |
| Net Income(loss) from rental activities | (721) | (722) | 1 | (3,247) | (3,247) | - | (3,247) | (3,247) | - |
| Portfolio Income: Interest Income | 125,377 | 125,377 | - | 564,197 | 564,197 | - | 564,198 | 564,197 | 1 |
| Portfolio Income: Dividend Income | 16,929 | 16,929 | - | 76,181 | 76,181 | - | 76,182 | 76,181 | 1 |
| Portfolio Income: Royalty Income | 7 | 7 | - | 31 | 31 | - | 31 | 31 | - |
| Portfolio Income: Net Short Term Capital Gain (Loss) | (752) | (752) | - | (3,386) | (3,386) | - | (3,386) | (3,386) | - |
| Portfolio Income: Net Long Term Capital Gain (Loss) | (67,320) | (67,320) | - | (302,941) | (302,941) | - | (302,941) | (302,941) | - |
| Other Portfolio Income(Loss) | 229 | 229 | - | 1,030 | 1,030 | - | 1,029 | 1,030 | (1) |
| Guaranteed Payments to Partners | 918 | 918 | - | 4,132 | 4,132 | - | 4,133 | 4,132 | 1 |
| Net gain(loss) under Section 1231 | 42,258 | 42,258 | - | 190,159 | 190,159 | - | 190,159 | 190,159 | - |
| Other Income | (13,070) | (13,070) | - | (58,816) | (58,816) | - | (58,817) | (58,816) | (1) |
| Charitable Contributions | 743 | 743 | - | 3,345 | 3,345 | - | 3,346 | 3,345 | 1 |
| Deductions related to portfolio income | 148,830 | 200,799 | (51,969) E | 929,580 | 903,596 | 25,984 E | 929,580 | 903,596 | 25,984 E |
| Other deductions | 1,264 | 1,263 | 1 | 5,685 | 5,685 | - | 5,684 | 5,685 | (1) |
| Other credits | 3,690 | 3,690 | - | 16,607 | 16,607 | - | 16,607 | 16,607 | - |
| Interest expense on investment debts | 60,521 | 60,521 | - | 272,343 | 272,343 | - | 272,343 | 272,343 | - |
| Investment income included on lines 4a, 4b, 4c, & 4f | 142,542 | 142,542 | - | 641,439 | 641,439 | - | 641,440 | 641,439 | 1 |
| Investment expenses included on line 10 | 148,830 | 200,799 | (51,969) E | 929,580 | 903,596 | 25,984 E | 929,580 | 903,596 | 25,984 E |
| Depreciation adjustment on property placed in service after 1986 | 4,208 | 4,208 | - | 18,936 | 18,936 | - | 18,936 | 18,936 | - |
| Adjusted gain or loss | (3,628) | (3,628) | - | (16,327) | (16,327) | - | (16,327) | (16,327) | - |
| Gross income from oil/gas/geothermal properties | 4,987 | 4,987 | - | 22,442 | 22,442 | - | 22,441 | 22,442 | (1) |
| Deductions allocable to oil/gas/geothermal properties | 4,045 | 4,045 | - | 18,202 | 18,202 | - | 18,201 | 18,202 | (1) |
| Other adjustments and tax preference items | 725 | 725 | - | 3,263 | 3,263 | - | 3,264 | 3,263 | 1 |
| Gross income from all sources | 682,223 | 682,223 | - | 3,070,002 | 3,070,002 | - | 3,070,002 | 3,070,002 | - |
| Gross income sourced at partner level | 626,682 | 626,682 | - | 2,820,068 | 2,820,068 | - | 2,820,068 | 2,820,068 | - |
| Foreign gross income sourced at the partnership level | 20,307 | 20,307 | - | 91,382 | 91,382 | - | 91,383 | 91,382 | 1 |
| Deductions allocated and apportioned at partner level | 15,357 | 15,357 | - | 69,107 | 69,107 | - | 69,107 | 69,107 | - |
| Deductions allocated and apportioned at partner level to foreign | 397 | 397 | - | 1,788 | 1,788 | - | 1,789 | 1,788 | 1 |
| Total foreign taxes | 165 | 163 | 2 | 734 | 735 | (1) | 734 | 735 | (1) |
| Tax-exempt interest income | 110,355 | 110,355 | - | 496,599 | 496,599 | - | 496,600 | 496,599 | 1 |
| Non-deductible expenses | 3,373 | 3,373 | - | 15,180 | 15,180 | - | 15,181 | 15,180 | 1 |
| Distributions of money | 26,617 | 2,662 | 23,955 E | - | 11,978 | (11,978) E | - | 11,978 | (11,978) E |
| Net Income (loss) | (647,020) | (647,021) | 1 | (2,911,595) | (2,911,593) | (2) | (2,911,595) | (2,911,593) | (2) |

Decl. of R. J. Fleming
No. CV-04-1664Z- Page 23

& Capital Partners, L.P. Appendix B

Notes:

A - The variance is due to IRC Section 704(c) adjustments. The allocation is adjusted based on the difference between the fair market value and the tax basis of underlying assets when they were contributed to the Partnership. 704(c) adjustment schedules were not available for Clark Nuber to review.

B - The variance is due to different tax treatment for general partner, which is based on both ordinary income and guaranteed payments, and limited partners, which is based on guaranteed payments only.

C - Based on the partnership agreement, David Soward is permitted to take a $300,000 non pro rata distribution in 1995.

D - The distribution amounts were not according to the partnership agreement. Per David Soward, the partners are considering revising the partnership agreement.

E - Non pro rata allocations were made. Even though the allocated amounts for ordinary income and portfolio income net to zero, they may have tax ramification as to deductibility for partners.

Appendix B
Page 5

Decl. of R. J. Fleming
No. CV-04-1664Z- Page 24

& Capital Partners, L.P.

Appendix C

| | A | B | A - B | A | B | A - B | A | B | A - B |
|---|---|---|---|---|---|---|---|---|---|
| | Per Schedule K-1 | Pro rata amount Recalculated by Clark Nuber | Variance | Per Schedule K-1 | Pro rata amount Recalculated by Clark Nuber | Variance | Per Schedule K-1 | Pro rata amount Recalculated by Clark Nuber | Variance |
| | | David Soward | | | Leonard Bosack | | | Sandra Lerner | |
| 1st $549,978 of net income allocated 99% to GP & 1% to LP | | 544,478 | | | 2,750 | | | 2,750 | |
| Balance of net income allocated 10% to GP & 90% to LP | | 413,251 | | | 1,859,628 | | | 1,859,627 | |
| Total 1995 net book income | | 957,729 | | | 1,862,378 | | | 1,862,377 | |
| Unrealized investment gain (assume allocated 10%/90%) | | 1,172,881 | | | 5,277,966 | | | 5,277,967 | |
| Total 1995 income allocation | 3,391,069 | 2,130,610 | 1,260,459 | 6,510,115 | 7,140,344 | (630,229) | 6,510,114 | 7,140,344 | (630,230) |
| Contributions | | | - | 19,619,940 | 19,619,940 | - | 19,619,940 | 19,619,940 | - |
| Distributions (as permitted under Article 4.1 of LP Agreement) | (300,000) | (300,000) | - | | | - | | | - |
| Estimated 12-31-1995 capital account balances per agreement | 3,091,069 | 1,830,610 | 1,260,459 | 26,130,055 | 26,760,284 | (630,229) | 26,130,054 | 26,760,284 | (630,230) |
| Total 1996 net book income | | (161,451) | | | (726,531) | | | (726,531) | |
| Unrealized investment gain (assume allocated 10%/90%) | | 73,116 | | | 329,020 | | | 329,020 | |
| Total 1996 net book income | (1,338,981) | (88,335) | (1,250,646) | 227,812 | (397,511) | 625,323 | 227,812 | (397,511) | 625,323 |
| Contributions | 1,500,600 | 1,770,250 | (269,650) | 8,100,950 | 7,966,125 | 134,825 | 8,100,950 | 7,966,125 | 134,825 |
| Distributions | (645,830) | (938,422) | 292,592 | (4,900,000) | (4,222,899) | (677,101) | (3,838,391) | (4,222,900) | 384,509 |
| Estimated 12-31-1996 capital account balances per agreement | 2,606,858 | 2,574,103 | 32,755 | 29,558,817 | 30,105,999 | (547,182) | 30,620,425 | 30,105,998 | 514,427 |
| Total 1997 net book income & unrealized gains/losses | (222,394) | (222,394) | - | (1,000,774) | (1,000,774) | - | (1,000,775) | (1,000,775) | - |
| Contributions | | | - | | | - | | | - |
| Distributions | | (135,000) | 135,000 | (675,000) | (607,500) | (67,500) | (675,000) | (607,500) | (67,500) |
| Estimated 12-31-1997 capital account balances per agreement | 2,384,464 | 2,216,709 | 167,755 | 27,883,043 | 28,497,725 | (614,682) | 28,944,650 | 28,497,723 | 446,927 |
| Total 1998 net book income & unrealized gains/losses | 155,942 | 155,942 | - | 701,738 | 701,738 | - | 701,738 | 701,738 | - |
| Contributions | | | - | | | - | | | - |
| Distributions | (459,464) | (45,946) | (413,518) | | (206,759) | 206,759 | | (206,759) | 206,759 |
| Estimated 12-31-1998 capital account balances per agreement | 2,080,942 | 2,326,705 | (245,763) | 28,584,781 | 28,992,704 | (407,923) | 29,646,388 | 28,992,702 | 653,686 |
| Total 1999 net book income & unrealized gains/losses | 1,991,072 | 2,032,704 | (41,632) | 9,167,987 | 9,147,168 | 20,819 | 9,167,982 | 9,147,169 | 20,813 |
| Contributions | | | - | | | - | | | - |
| Distributions | (707,386) | (120,739) | (586,647) | | (543,324) | 543,324 | (500,000) | (543,323) | 43,323 |
| Estimated 12-31-1999 capital account balances per agreement | 3,364,628 | 4,238,670 | (874,042) | 37,752,768 | 37,596,548 | 156,220 | 38,314,370 | 37,596,548 | 717,822 |
| Total 2000 net book income & unrealized gains/losses | 1,826,518 | 1,736,206 | 90,312 | 7,767,770 | 7,812,926 | (45,156) | 7,767,770 | 7,812,926 | (45,156) |
| Contributions | | | - | | | - | | | - |
| Distributions | (2,575,747) | (807,575) | (1,768,172) | (2,750,000) | (3,634,086) | 884,086 | (2,750,000) | (3,634,086) | 884,086 |
| Estimated 12-31-2000 capital account balances per agreement | 2,615,399 | 5,167,301 | (2,551,902) | 42,770,538 | 41,775,388 | 995,150 | 43,332,140 | 41,775,388 | 1,556,752 |
| Unexplained difference in capital accounts | (234,995) | | (234,995) | 117,497 | | 117,497 | 117,498 | | 117,498 |
| Total 2001 net book income & unrealized gains/losses | (430,032) | (430,032) | - | (1,935,142) | (1,935,142) | - | (1,935,142) | (1,935,142) | - |
| Contributions | | | - | | | - | | | - |
| Distributions | (3,142,207) | (704,221) | (2,437,986) | (200,000) | (3,168,993) | 2,968,993 | (3,700,000) | (3,168,993) | (531,007) |
| Estimated 12-31-2001 capital account balances per agreement | (1,191,835) | 4,033,048 | (5,224,883) | 40,752,893 | 36,671,253 | 4,081,640 | 37,814,496 | 36,671,253 | 1,143,243 |
| Unexplained difference in capital accounts | 234,995 | | 234,995 | (117,497) | | (117,497) | (117,498) | | (117,498) |
| Total 2002 net book income & unrealized gains/losses | (379,544) | (379,544) | - | (1,707,949) | (1,707,949) | - | (1,707,949) | (1,707,949) | - |
| Contributions | | 400,000 | (400,000) | 2,500,000 | 1,800,000 | 700,000 | 1,500,000 | 1,800,000 | (300,000) |
| Distributions | (26,617) | (2,662) | (23,955) | | (11,978) | 11,978 | | (11,977) | 11,977 |
| Estimated 12-31-2002 capital account balances per agreement | (1,363,001) | 4,050,842 | (5,413,843) | 41,427,447 | 36,751,326 | 4,676,121 | 37,489,049 | 36,751,327 | 737,722 |

Note:
Clark Nuber calculated the pro rata amounts based on the Partnership agreement in Column B.