# Exhibit O

1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
8                              AT SEATTLE
9

10  LEONARD BOSACK, individually and as
    Trustee on behalf of The & Trust and as
11  Trustee on behalf of the Leonard Bosack        No. C04-1664Z
    Trust; and SANDY LERNER, individually
12  and as Trustee on behalf of The & Trust and
    as Trustee on behalf of the Sandra K. Lerner   MINUTE ORDER
13  Trust,

14                         Plaintiffs,

15  v.

16  DAVID C. SOWARD and MANAGEMENT
    COMPANY,
17
                           Defendants.
18

19      The following Minute Order is made by direction of the Court, the Honorable Thomas
20  S. Zilly, United States District Judge:

21      (1)    Defendants' motion to stay pending arbitration, or in the alternative to dismiss
    or transfer, docket no. 5, is DENIED in PART and DEFERRED in PART as follows:
22
            (a)    The motion to dismiss for improper venue is DENIED. Venue is proper
23                 in this judicial district because a substantial part of the events or
                   omissions occurred in this District. 28 U.S.C. § 1391(a).
24
            (b)    The motion to transfer venue pursuant to 28 U.S.C. § 1404(a) is also
25                 DENIED. See Decker Coal Co. v. Commonwealth Edison Co., 805
                   F.2d 834 (9th Cir. 1986). (Both private and public factors weigh in favor
26                 of the present forum).

MINUTE ORDER   1–

       (c)    The motion is DEFERRED as to the issue of a stay pending arbitration and oral argument is scheduled for Tuesday, November 9, 2004, at 2:00 p.m.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 29th day of October, 2004.

                                    BRUCE RIFKIN, Clerk

                                    /s/ Casey Condon
                           By _____
                                    Casey Condon
                                    Deputy Clerk

MINUTE ORDER  2–