# Exhibit Q

Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEONARD BOSACK, individually and as Trustee on behalf of The & Trust and as Trustee on behalf of the Leonard Bosack Trust; SANDY LERNER, individually and as Trustee on behalf of The & Trust and as Trustee on behalf of the Sandra K. Lerner Trust; & CAPITAL PARTNERS, L.P.; CARTESIAN PARTNERS, L.P.; and & CAPITAL, INC., <br><br>Plaintiffs,<br>v.<br><br>DAVID C. SOWARD and & MANAGEMENT COMPANY,<br><br>Defendants. | No. CV-04-1664Z <br><br> NOTICE OF DISMISSAL |

PLEASE TAKE NOTICE THAT, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs Leonard Bosack, Sandy Lerner, & Capital Partners, L.P., Cartesian Partners, L.P., and & Capital, Inc. hereby voluntarily discontinue the above-entitled action and dismiss the complaint without prejudice.

//

//

//

NOTICE OF DISMISSAL
NO. CV-04-1664Z – Page 1

348.01 hd191502 4/19/07

YARMUTH WILSDON CALFO PLLC

FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800  F 206.516.3888

| | |
|---|---|
| 1 | |
| 2 | **YARMUTH WILSDON CALFO PLLC** |
| 3 | |
| 4 | By: /s/ Richard C. Yarmuth<br>　　　Richard C. Yarmuth, WSBA No. 4990 |
| 5 | Fourth & Madison<br>925 Fourth Avenue, Suite 2500 |
| 6 | Seattle, WA 98104<br>Phone: 206.516.3800 |
| 7 | Fax:　　206.516.3888<br>Email: yarmuth@yarmuth.com |
| 8 | Attorneys for Plaintiffs Leonard Bosack, Sandy |
| 9 | Lerner, & Capital Partners, L.P., Cartesian Partners, L.P., and & Capital, Inc. |

466.01 ha301503 4/19/07

NOTICE OF DISMISSAL
NO. CV-04-1664Z – Page 2

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888