# Exhibit T

Case 3:07-cv-03894-MMC   Document 24-21   Filed 08/31/2007   Page 2 of 3

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE ARBITRATION BETWEEN<br><br>LEONARD BOSACK, SANDY LERNER, and CARTESIAN PARTNERS, L.P.,<br><br>Petitioners,<br><br>v.<br><br>DAVID C. SOWARD and MANAGEMENT COMPANY,<br><br>Respondents. | No. C07-574Z<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) This case has been transferred to the Honorable Thomas S. Zilly due to its related nature to C04-1664-TSZ. On November 9, 2004, the Court stayed that matter pending further order of the Court, and directed the parties to engage in arbitration, docket no. 25. The stay was still in effect when, on April 17, 2007, Plaintiffs voluntarily dismissed their complaint without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and the Court closed that case.

(2) The Court now ORDERS that this matter be STAYED in its entirety pending further order of the Court. Accordingly, the Court ORDERS that the briefing schedule on Petitioners' Motion to Confirm and Vacate Arbitration Awards Pursuant to 9 U.S.C. §§ 9 and 10, docket no. 5, and Respondents' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim, docket no. 15, be suspended until the stay is lifted. The Court directs the Clerk to remove Petitioners' motion, docket no. 5, and Respondents' motion, docket no. 15, from the Court's motion calendar.

MINUTE ORDER 1–

    (3)    The Court sets a status conference for June 27, 2007, at 1:30 p.m. to determine the status of the case. Out of town counsel may participate by telephone by calling chambers at 206-370-8830. The Court requests that counsel who plan on participating by telephone arrange among themselves to be on one telephone line before calling in.

    (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 2nd day of May, 2007.

                              BRUCE RIFKIN, Clerk

                              /s/ Claudia Hawney
                    By _____
                          Claudia Hawney
                          Deputy Clerk

MINUTE ORDER  2–