# Exhibit U

STAYED

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
### CIVIL DOCKET FOR CASE #: 2:07-cv-00574-TSZ

Bosack et al v. Soward et al  
Assigned to: Hon. Thomas S. Zilly  
Cause: 09:0010 Petition to Vacate Arbitration Award  

Date Filed: 04/19/2007  
Jury Demand: None  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question  

**Petitioner**

**Leonard Bosack**     represented by     **Daniel H Bromberg**  
QUINN EMANUEL URQUHART OLIVER & HEDGES (REDWD SHORES)  
555 TWIN DOLPHIN DR  
STE 560  
REDWOOD SHORES, CA 94065  
650-801-5000  
Email: danbromberg@quinnemanuel.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jeremy E Roller**  
YARMUTH WILSDON CALFO  
925 FOURTH AVE  
STE 2500  
SEATTLE, WA 98104  
206-516-3800  
Fax: 206-516-3888  
Email: jroller@yarmuth.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Richard C Yarmuth**  
YARMUTH WILSDON CALFO  
925 FOURTH AVE  
STE 2500  
SEATTLE, WA 98104  
206-516-3800  
Fax: 206-516-3888  
Email: yarmuth@yarmuth.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Scott T Nonaka**  
O'MELVENY & MYERS (SF)  
275 BATTERY ST  
STE 2600

SAN FRANCISCO, CA 94111-3305
415-984-8700
Email: snonaka@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven G Madison**
QUINN EMANUEL URQUHART OLIVER
& HEDGES (L.A.)
865 S FIGUEROA ST
10TH FL
LOS ANGELES, CA 90017
213-443-3150
Email: stevemadison@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven L Smith**
O'MELVENY & MYERS (SF)
275 BATTERY ST
STE 2600
SAN FRANCISCO, CA 94111-3305
415-984-8875
Email: ssmith@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rudy Albert Englund**
LANE POWELL PC (SEA)
1420 FIFTH AVE
STE 4100
SEATTLE, WA 98101-2338
206-223-7000
Email: englundr@lanepowell.com
*ATTORNEY TO BE NOTICED*

**Petitioner**

**Sandy Lerner**          represented by   **Jeremy E Roller**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **Richard C Yarmuth**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **Scott T Nonaka**
                                           (See above for address)
                                           *LEAD ATTORNEY*

|  |  |  |
|---|---|---|
|  |  | *ATTORNEY TO BE NOTICED* |
|  |  | **Steven L Smith**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Rudy Albert Englund**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Petitioner** |  |  |
| **Cartesian Partners LP** | represented by | **Daniel H Bromberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Jeremy E Roller**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Richard C Yarmuth**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Scott T Nonaka**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Steven G Madison**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Steven L Smith**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Rudy Albert Englund**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Respondent**

| | | |
|---|---|---|
| **David C Soward** | represented by | **J Daniel Sharp** |

> FOLGER LEVIN & KAHN
> 275 BATTERY ST
> 23RD FLOOR
> SAN FRANCISCO, CA 94111
> 415-365-7372
> Email: jsharp@flk.com
> *LEAD ATTORNEY*
> *ATTORNEY TO BE NOTICED*
>
> **James Albert Oliver**
> SHORT CRESSMAN & BURGESS
> 999 3RD AVE
> STE 3000
> SEATTLE, WA 98104-4088
> 206-682-3333
> Fax: FAX 340-8856
> Email: joliver@scblaw.com
> *ATTORNEY TO BE NOTICED*

**Respondent**

**& Management Company**    represented by **James Albert Oliver**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2007 | 1 | PETITION TO CONFIRM AND VACATE ARBITRATION AWARDS PURSUANT TO 9 USC, SECTIONS 9 AND 10 (Summons(es) issued) (Receipt # SEA8784), filed by Leonard Bosack, Sandy Lerner, Cartesian Partners LP. (Attachments: # 1 Civil Cover Sheet)(DJ) (Entered: 04/20/2007) |
| 04/20/2007 | 2 | NOTICE OF INITIAL ASSIGNMENT TO A US MAGISTRATE JUDGE AND CONSENT FORM. If consent, return the executed form by 6/1/2007. **Please Note: Consents must not be electronically filed with the Court.** (DJ) (Entered: 04/20/2007) |
| 04/24/2007 | 3 | MINUTE ORDER REASSIGNING CASE. Case reassigned to Judge Marsha J. Pechman for all further proceedings due to lack of consent to proceed before the Magistrate Judge. Magistrate Judge Mary Alice Theiler no longer assigned to case. (JT, ) (Entered: 04/24/2007) |
| 04/24/2007 | 4 | NOTICE of Appearance by attorney James Albert Oliver on behalf of Respondents David C Soward, & Management Company. (Oliver, James) (Entered: 04/24/2007) |
| 04/24/2007 | 5 | MOTION to Vacate *and Confirm Arbitration Awards* by Petitioners Leonard Bosack, Sandy Lerner, Cartesian Partners LP. Oral Argument Requested. (Attachments: # 1 Proposed Order)Noting Date 5/18/2007.(Yarmuth, Richard) (Entered: 04/24/2007) |
| 04/24/2007 | 6 | DECLARATION of Steven L. Smith filed by Petitioners Leonard Bosack, Sandy Lerner, Cartesian Partners LP re 5 MOTION to Vacate *and Confirm Arbitration Awards* (Attachments: # 1 Exhibit 1-3# 2 Exhibit 4-8# 3 Exhibit 9-12# 4 Exhibit 13-14# 5 Exhibit 15-16)(Yarmuth, Richard) (Entered: 04/24/2007) |

| | | |
|---|---|---|
| 04/24/2007 | 7 | CERTIFICATE OF SERVICE by Petitioners Leonard Bosack, Sandy Lerner, Cartesian Partners LP re 5 MOTION to Vacate *and Confirm Arbitration Awards*, 6 Declaration,. (Yarmuth, Richard) (Entered: 04/24/2007) |
| 04/25/2007 | 8 | SERVICE OF SUMMONS and Complaint returned executed upon defendant David C Soward on 4/23/2007 (Roller, Jeremy) (Entered: 04/25/2007) |
| 04/25/2007 | 9 | SERVICE OF SUMMONS and Complaint returned executed upon defendant & Management Company on 4/23/2007 (Roller, Jeremy) (Entered: 04/25/2007) |
| 04/25/2007 | 10 | NOTICE of Related Case(s) 04-1664, by Respondents David C Soward, & Management Company. (Oliver, James) (Entered: 04/25/2007) |
| 04/26/2007 | 11 | STATEMENT of Petitioners' *Regarding Related Case* by Petitioners Leonard Bosack, Sandy Lerner, Cartesian Partners LP. (Roller, Jeremy) (Entered: 04/26/2007) |
| 04/26/2007 | 12 | APPLICATION by Petitioners Leonard Bosack, Sandy Lerner, Cartesian Partners LP AND ORDER admitting Scott T Nonaka for pro hac vice. Receipt # SEA 8894. (MD, ) (Entered: 04/26/2007) |
| 04/26/2007 | 13 | APPLICATION by Petitioners Leonard Bosack, Sandy Lerner, Cartesian Partners LP AND ORDER admitting Steven L Smith pro hac vice. Receipt # SEA 8894. (MD, ) (Entered: 04/26/2007) |
| 04/30/2007 | 14 | APPLICATION by Respondent David C Soward AND ORDER admitting J Daniel Sharp for David C Soward pro hac vice. Receipt # SEA8968. (MD, ) (Entered: 04/30/2007) |
| 05/01/2007 | 15 | MOTION to Dismiss by Respondents David C Soward, & Management Company. Oral Argument Requested. (Attachments: # 1 Proposed Order)Noting Date 5/25/2007. (Oliver, James) (Entered: 05/01/2007) |
| 05/01/2007 | 16 | MINUTE ORDER REASSIGNING CASE. Case reassigned to Judge Thomas S. Zilly as related to C04-1664Z for all further proceedings. Judge Marsha J. Pechman no longer assigned to case by Judge Marsha J. Pechman. (MD, ) (Entered: 05/02/2007) |
| 05/02/2007 | 17 | MINUTE ORDER is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge. The Court STAYS this case in its entirety pending further order of the Court. Status Conference is set for 6/27/2007 at 01:30 PM before Hon. Thomas S. Zilly. (CL, ) (Entered: 05/03/2007) |
| 06/22/2007 | 18 | NOTICE of Appearance by attorney Rudy Albert Englund on behalf of Petitioners Leonard Bosack, Cartesian Partners LP. (Englund, Rudy) (Entered: 06/22/2007) |
| 06/25/2007 | 19 | APPLICATION by Petitioners Leonard Bosack, Cartesian Partners LP AND ORDER admitting Daniel H Bromberg as pro hac vice atty. Receipt # SEA10258. (CL, ) (Entered: 06/25/2007) |
| 06/27/2007 | 20 | STATEMENT of Petitioners' Status Conference by Petitioners Leonard Bosack, Sandy Lerner, Cartesian Partners LP. (Attachments: # 1 Certificate of Service)(Yarmuth, Richard) (Entered: 06/27/2007) |
| 06/28/2007 | 21 | MINUTE ENTRY for proceedings held before Judge Thomas S. Zilly - Dep Clerk: *Gail Glass*; Pla Counsel: *Rudy England, Richard Yarmuth, Scott Nonaka, Daniel Bromberg and Steven Madison*; Def Counsel: *James Oliver and J. Daniel Sharp*; CR: *NONE*; |

| | | | |
|---|---|---|---|
| | | | **Status Conference** held on 6/28/2007. The Court and counsel discuss the posture of the arbitration. The stay on the case will remain in effect until further order of the Court. Petitioners shall have five days after a final arbitration award is entered in the arbitration to amend their petition in this case. The parties shall have ten days after a final arbitration award is entered in the arbitration to file a joint status report that addresses whether the parties intend to withdraw the stayed motions at docket nos.[ 5] and 15, and that sets a briefing schedule for any motion to dismiss that respondents decide they want to bring. The parties shall not set a briefing schedule for any motion on the merits regarding the arbitration award(s) until further order of the Court. (GG, ) (Entered: 06/29/2007) |
| 07/02/2007 | | 22 | ORDER The Court ADMITS Steven G Madison as pro hac vice atty for Petitioners Leonard Bosack, Cartesian Partners LP, by Bruce Rifkin. (Receipt #SEA10364).(CL, ) (Entered: 07/02/2007) |
| 07/30/2007 | | 23 | AMENDED PETITION *to Vacate and Confim Arbitration Awards Pursuant to Federal Arbitration Act 9 U.S.C. §§ 9 and 10*, filed by Leonard Bosack, Sandy Lerner, Cartesian Partners LP.(Englund, Rudy) (Entered: 07/30/2007) |
| 08/10/2007 | | 24 | JOINT STATUS REPORT signed by all parties; estimated Trial Days: 3-5.. (Englund, Rudy) (Entered: 08/10/2007) |
| 08/20/2007 | | 25 | NOTICE *of Filing Motion to Remand in Related Litigation* ; filed by Respondents David C Soward, & Management Company. (Attachments: # 1 Exhibit Motion to Remand Filed in District Court of Northern California)(Sharp, J Daniel) (Entered: 08/20/2007) |
| 08/20/2007 | | 26 | MINUTE ORDER by Judge Thomas S. Zilly. The Court ORDERS the parties to file a Joint Status Report within ten (10) days of the entry of an Order deciding the motion to remand, explaining the effect of that Order on the present case.(CL, ) (Entered: 08/20/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/30/2007 19:30:42 | | | |
| **PACER Login:** | qe0001 | **Client Code:** | 51204 |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-00574-TSZ Starting with document: 1 Ending with document: 100 |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |