# Exhibit V

Case 2:07-cv-00574-TSZ    Document 26    Filed 08/20/2007    Page 1 of 1

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

IN THE MATTER OF THE ARBITRATION BETWEEN

LEONARD BOSACK, SANDY LERNER, and CARTESIAN PARTNERS, L.P.,

    Petitioners,

v.

DAVID C. SOWARD and MANAGEMENT COMPANY,

    Respondents.

No. C07-574Z

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thoma S. Zilly, United States District Judge:

    (1)    Having reviewed the Joint Status Report, docket no. 24, the Court declines to lift the stay. In light of the pending motion for remand in the Northern District of California and in the interests of judicial economy, the Court declines to set a briefing schedule on Respondents' Motion to Dismiss, docket no. 15. The Court ORDERS the parties to file a Joint Status Report within ten (10) days of the entry of an Order deciding the motion to remand, explaining the effect of that Order on the present case.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 20th day of August, 2007.

                        BRUCE RIFKIN, Clerk

                        /s/ Claudia Hawney
               By _____
                        Claudia Hawney
                        Deputy Clerk

MINUTE ORDER   1–