QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Daniel H. Bromberg (Bar No. 242659)
  danbromberg@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

  Fred G. Bennett (Bar No. 059135)
  fredbennett@quinnemanuel.com
  Steven G. Madison (Bar No. 101006)
  stevemadison@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443–3000
Facsimile:    (213) 443–3100

Attorneys for Respondents Leonard Bosack, The & Trust, Richard Troiano, & Capital Partners, L.P., Cartesian Partners, L.P., Leonard Bosack and Bette M. Kruger Charitable Foundation, Inc. and & Capital, Inc.

O'MELVENY & MYERS LLP
  Steven L. Smith (Bar No.109942)
  ssmith@omm.com
  Scott T. Nonaka (Bar No. 224770)
  snonaka@omm.com
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:    (415) 984–8700
Facsimile:    (415) 974–8701

Attorneys for Respondent Sandy Lerner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID SOWARD, et al., <br><br> Petitioners, <br><br> v. <br><br> THE & TRUST, et al., <br><br> Respondents. | CASE NO. C–07–3894 <br><br> **APPENDIX OF CASES PUBLISHED IN UNOFFICIAL REPORTERS** <br><br> DATE:    October 5, 2007 <br> TIME:    9:00 a.m. <br> CTRM:    7, 19th Floor <br><br> Hon. Maxine M. Chesney <br><br> Removal Date: July 30, 2007 <br> Trial Date: None Set |

| Case | Tab |
|---|---|
| *Baird v. California Faculty Ass'n*, 2000 WL 516378 (N.D. Cal. June 26, 2000) | 1 |
| *Baldwin v. Nat'l Safety Assoc., Inc.*, 1994 WL 139267 (N.D. Cal. Apr. 6, 1994) | 2 |
| *Flotsam of California, Inc. v. Huntington Beach Conf. & Visitors Bureau*, 2007 WL 1152682 (N.D. Cal. Apr. 8, 2007) | 3 |
| *Fodor v. Berglas*, 1994 WL 822477 (C.D. Cal. Dec. 27, 1994) | 4 |
| *Isle Capital Corp. v. Koch Carbon, Inc.*, 2006 WL 823186 (N.D. Cal. Mar. 28, 2006) | 5 |
| *Jolly v. Purdue Pharma L.P.*, 2005 WL 2439197 (S.D. Cal. Sept. 28, 2005) | 6 |
| *Papaleo v. Cingular Wireless Corp.*, 2007 WL 1238713 (N.D. Cal. Apr. 26, 2007) | 7 |
| *Wham-O, Inc. v. SLB Toys USA, Inc.*, 2006 WL 2827866 (N.D. Cal. Oct. 3, 2006) | 8 |
| *World Missions Ministries, Inc. v. Gen. Steel Corp.*, 2006 WL 2161851 (D. Md. July 28, 2006) | 9 |