QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Daniel H. Bromberg (Bar No. 242659)
   danbromberg@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

   Fred G. Bennett (Bar No. 059135)
   fredbennett@quinnemanuel.com
   Steven G. Madison (Bar No. 101006)
   stevemadison@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

Attorneys for Respondents Leonard Bosack, The &
Trust, Richard Troiano, & Capital Partners, L.P.,
Cartesian Partners, L.P., Leonard Bosack and Bette
M. Kruger Charitable Foundation, Inc. and &
Capital, Inc.

O'MELVENY & MYERS LLP
   Steven L. Smith (Bar No.109942)
   ssmith@omm.com
   Scott T. Nonaka (Bar No. 224770)
   snonaka@omm.com
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:     (415) 984-8700
Facsimile:      (415) 974-8701

Attorneys for Respondent Sandy Lerner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID SOWARD, et al., | CASE NO. C-07-3894 MMC |
| Petitioners, | **RESPONDENTS' ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 79-5(B) TO FILE UNDER SEAL A DOCUMENT DESIGNATED ATTORNEYS' EYES ONLY** |
| vs. | |
| THE & TRUST, et al. | |
| Respondents. | |

1    Respondents submit this administrative motion pursuant to Civil Local Rule 79-5(b) for an

2    order to seal the following document attached to the Declaration of Daniel H. Bromberg in support

3    of Respondents' motion to stay, or in the alternative to transfer venue pursuant to 28 U.S.C. §

4    1404(a), filed on August 31, 2007:

5        1.    Exhibit D which is a true and correct copy of a statement of personal finances

6    submitted by Petitioner David C. Soward in the arbitration of *David Soward, et al. v. The & Trust,*

7    *et al.*, AAA Case No. 74 Y 181 000120 04 DEAR (the "Soward Arbitration") as Exhibit 4505.

8        This motion is supported by the accompanying declaration of Daniel H. Bromberg in

9    Support of Respondents' Administrative Motion pursuant to Local Rule 79-5(b) to File Under Seal

10   Document Designated Attorneys' Eyes Only ("Bromberg Declaration").  The exhibit referenced

11   herein contains material designated as "Attorneys' Eyes Only" pursuant to a protective order

12   issued during the Soward Arbitration.  Accordingly, pursuant to Local Rule 79-5(b), Respondents

13   are concurrently lodging with the Court sealed copies of the exhibit.

14       As set forth in the Bromberg Declaration, Exhibit D of Mr. Bromberg's declaration in

15   support of Respondents' motion to stay, or in the alternative to transfer venue pursuant to 28

16   U.S.C. § 1404(a) constitutes "sealable" material within the meaning of Civil Local Rule 79-5(b).

17   Respondents therefore respectively request that the Court order this document to be filed under

18   seal.

19

20   DATED:  August 31, 2007            QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP
21

22
                                        By _____
23                                          Daniel H. Bromberg
                                            Attorneys for Respondents Leonard Bosack, The &
24                                          Trust, Richard Troiano, & Capital Partners, L.P.,
                                            Cartesian Partners, L.P., Leonard Bosack and Bette
25                                          M. Kruger Charitable Foundation, Inc. and &
                                            Capital, Inc.
26

27

28

RESPONDENTS' ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 79-5(B) TO FILE UNDER SEAL

1    DATED:  August 31, 2007                O'MELVENY & MYERS LLP

2

3                                           By _____
                                               Scott T. Nonaka
4                                              Attorneys for Respondent Sandy Lerner

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RESPONDENTS' ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 79-5(B) TO FILE UNDER SEAL