QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Daniel H. Bromberg (Bar No. 242659)
  danbromberg@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

  Fred G. Bennett (Bar No. 059135)
  fredbennett@quinnemanuel.com
  Steven G. Madison (Bar No. 101006)
  stevemadison@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Respondents Leonard Bosack, The &
Trust, Richard Troiano, & Capital Partners, L.P.,
Cartesian Partners, L.P., Leonard Bosack and Bette
M. Kruger Charitable Foundation, Inc. and &
Capital, Inc.

O'MELVENY & MYERS LLP
  Steven L. Smith (Bar No.109942)
  ssmith@omm.com
  Scott T. Nonaka (Bar No. 224770)
  snonaka@omm.com
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:    (415) 984-8700
Facsimile:    (415) 974-8701

Attorneys for Respondent Sandy Lerner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID SOWARD, et al.,<br><br>Petitioners,<br><br>vs.<br><br>THE & TRUST, et al.<br><br>Respondents. | CASE NO. C-07-3894 MMC<br><br>**DECLARATION OF DANIEL H. BROMBERG IN SUPPORT OF RESPONDENTS' ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 79-5(B) TO FILE UNDER SEAL A DOCUMENT DESIGNATED ATTORNEYS' EYES ONLY** |

I, Daniel H. Bromberg, declare as follows:

1.    I am an attorney licensed to practice law in the State of California. I am a partner with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel of record for Respondents in this matter. I make this declaration in support of Respondents' administrative motion pursuant to Local Rule 79-5(b) to file under seal a document designated attorneys' eyes only. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2.    Respondents request that the clerk file under seal Exhibit D to the Declaration of Daniel H. Bromberg filed in support of Respondents' motion to stay or, in the alternative to transfer venue pursuant to 28 U.S.C. § 1404(a) ("Bromberg Declaration"), filed on August 31, 2007.

3.    The document at issue is a true and accurate copy of Exhibit 4505, a statement of personal finances submitted by David C. Soward in the arbitration of *David Soward, et al. v. The & Trust, et al.*, AAA Case No. 74 Y 181 000120 04 DEAR (the "Soward Arbitration").

4.    The above item has been designated "Attorneys' Eyes Only" by Petitioners pursuant to the protective order in the Soward Arbitration.

5.    Respondents have not taken a position on whether the exhibit designated "Attorneys' Eyes Only" by Petitioners constitutes confidential material, but because the exhibit has been so designated by Petitioners, and for the purpose of submitting Respondents' motion to stay or, in the alternative to transfer venue pursuant to 28 U.S.C. § 1404(a), Respondents have filed this document under seal.

6.    Accordingly, Exhibit D to the Bromberg Declaration constitutes "sealable" material within the meaning of Local Rule 79-5(b) at this time. Respondents reserve the right to challenge this designation at a future time.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct. Executed this 31st day of August, 2007 at Redwood Shores, California.

*/s/ Daniel H. Bromberg*
Daniel H. Bromberg