1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID SOWARD, et al., <br><br> Petitioners, <br><br> vs. <br><br> THE & TRUST, et al. <br><br> Respondents. | CASE NO. C–07–3894 MMC <br><br> **[PROPOSED] ORDER GRANTING RESPONDENTS' ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 79-5(B) TO FILE UNDER SEAL DOCUMENTS DESIGNATED ATTORNEYS' EYES ONLY** |

Having considered Respondents' Administrative Motion Pursuant to Local Rule 79-5(B) to File Under Seal a Document Designated "Attorneys' Eyes Only," and good cause appearing, IT IS HEREBY ORDERED:

1.  Respondents' Administrative Motion Pursuant to Local Rule 79-5(B) to File Under Seal a Document Designated "Attorneys' Eyes Only" is hereby GRANTED.

2.  The Clerk of the Court shall file under seal Exhibit D to the Declaration of Daniel H. Bromberg in support of Respondents' Motion to Stay, or in the Alternative to Transfer Venue Pursuant to 28 U.S.C. § 1404(a), filed on August 31, 2007.

Dated:_____    By:_____
                                  Honorable Maxine M. Chesney