1 | FOLGER LEVIN & KAHN LLP
Michael A. Kahn (SB# 057432) (mkahn@flk.com)
2 | J. Daniel Sharp (SB# 131042) (dsharp@flk.com)
Embarcadero Center West
3 | 275 Battery Street, 23rd Floor
San Francisco, CA  94111
4 | Telephone: (415) 986-2800

5 | Attorneys for Petitioners David C. Soward
and & Management Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DAVID C. SOWARD and & MANAGEMENT COMPANY,<br><br>Petitioners,<br><br>v.<br><br>LEONARD BOSACK, SANDY LERNER, CARTESIAN PARTNERS, L.P, *et al.,*<br><br>Respondents. | Case No.  3:07-cv-03894-MMC<br><br>**SUPPLEMENTAL DECLARATION OF J. DANIEL SHARP IN SUPPORT OF PETITIONER'S MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Date:  September 21, 2007<br>Time:  9:00 a.m.<br>Place:  Courtroom 7, 19th floor<br>Hon. Maxine M. Chesney |
|---|---|

I, J. Daniel Sharp, declare:

1.     I am an attorney with the law firm of Folger, Levin & Kahn LLP, counsel of record for Petitioners David C. Soward and & Management Company (collectively "Soward"). This Declaration is submitted in support Soward's Reply on his motion to remand.  If called as a witness, I would competently testify to the following facts of my own personal knowledge.

2.     In "Respondents' Opposition to Motion to Remand for Lack of Subject Matter Jurisdiction," Respondents make the factual assertion that "Soward has already been compensated

for any claims 'as a partner in Cartesian.'" (Opposition at 11:26-27) This is not true. As of this date, Respondents have not paid Soward the compensation awarded by the arbitrators for punitive damages on Soward's claims for breach of fiduciary duty and conversion of his partnership interest in Cartesian Partners, LP ("Cartesian"). Respondents have not paid Soward the attorneys' fees that the arbitrators awarded to Soward on any his three claims as a partner in Cartesian, including Soward's claim for dissolution and accounting, which was the subject of Interim Award #3. As stated in the e-mail that is attached as Exhibit 2, Respondents' counsel has told me that Respondents do not intend to pay the attorneys' fees awarded by the arbitrators in connection with Soward's claim for dissolution and accounting of his partnership interest in Cartesian.

3. Attached as Exhibit 1 hereto is a true and correct copy of a letter dated August 10, 2007, from me to Respondents' counsel at O'Melveny & Myers LLP and Quinn Emanuel Urquhart Oliver & Hedges, LLP

4. Attached as Exhibit 2 hereto is a true and correct copy of an e-mail dated August 13, 2007 to me from Daniel Bromberg of Quinn Emanuel Urquhart Oliver & Hedges, LLP.

5. Attached as Exhibit 3 is a true and correct copy of a letter dated August 15, 2007, from me to Mr. Bromberg at Quinn Emanuel Urquhart Oliver & Hedges, LLP.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. Executed on September 7, 2007 at San Francisco, California.

/s/
J. Daniel Sharp

86083\2001\565936.1

Supplemental Sharp Decl. in Support of        - 1 -
Motion to Remand
Case No.  3:07-cv-03894 MMC