# EXHIBIT 1

# FOLGER LEVIN & KAHN LLP

ATTORNEYS AT LAW

Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, California 94111.
Telephone 415.986.2800
Facsimile 415.986.2827

August 10, 2007

Los Angeles Office:
1900 Avenue of the Stars, 28th Floor
Los Angeles, California 90067
Telephone 310.556.3700
Facsimile 310.556.3770

**By Facsimile (650) 801-5100 and Mail**

www.flk.com

Fred G. Bennett
Steven G. Madison
Daniel H. Bromberg
QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

**By Facsimile (415) 984-8700 and Mail**

Steven L. Smith
Scott T. Nonaka
O'MELVENY & MYERS LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

    Re:    Leonard Bosack, Sandy Lerner, et al v. David C. Soward et al.,
            U.S. District Court, W.D. Washington, Case No. 2:07-cv-00574-TSZ

Dear Counsel:

        We have reviewed the Amended Petition to Vacate and Confirm Arbitration Awards Pursuant to Federal Arbitration Act 9 U.S.C. §§ 9 and 10 ("Petition") that has been filed on behalf of Leonard Bosack and Sandy Lerner in the above-referenced action. The Petition does not challenge—indeed requests confirmation—of Interim Awards Nos. 1, 2, and 3, issued in the arbitration proceedings between your clients and David C. Soward. As you are aware, your clients owe David Soward a substantial sum of money under those awards, as well as attorneys' fees which the arbitrators found were specifically attributable to Interim Awards Nos. 1, 2, and 3.

        Federal Rule of Civil Procedure 11 proscribes the initiation of any federal litigation for "any improper purpose, such as to harass or to cause unnecessary delay." Delaying the payment of money owed is an improper purpose under Rule 11. *See, e.g., MHC Investment Co. v. Racom Corp.*, 323 F.3d 620, 626 (8th Cir. 2003). California law likewise proscribes the use of judicial process for an ulterior purpose. It has already been established in the arbitration

FOLGER LEVIN & KAHN LLP

August 10, 2007<br>Page 2

that your clients have acted with malice and oppression toward David Soward "for the purpose of making it as difficult as possible for Soward to receive his funds . . . and to hurt him" (Interim Award No. 4, p.16) and that Soward "was literally being crushed financially by Lerner and Bosack." (Interim Award No. 5, p.5).

      Under the circumstances we do not believe that the filing of the Petition in federal court provides any excuse for the failure of your clients to pay the amounts owed under Interim Awards 1, 2, and 3 and the attorneys' fees associated therewith. As of the entry of the final award, the principal and interest owed Soward under these awards was a net amount of $477,183.76. A schedule showing the interest calculations is attached. The attorneys' fees awarded in connection with Interim Awards 1, 2, and 3 were $3,004,741.37, as deterimined in the Final Award. Thus, the total undisputed amount owed to Soward is $3,481,925.13 as of July 27, 2004. We will appreciate your confirmation no later than August 20, 2007, that these amounts will be paid forthwith. If you believe there is a reason other than malice and willful delay for your clients' failure to pay these undisputed amounts, please provide a full explanation.

                                    Very truly yours,

                                      J. Daniel Sharp

JDS:gm  
enclosure  
86083\2001\561980.1

## FOR SOWARD

| Principal | Rate | Period Begin | Period End | # of Days | Total Interest | Principal + Interest |
|---|---|---|---|---|---|---|
| 249,578.00 | 7% | 02/23/04 | 07/27/07 | 1,250 | 59,830.34 | 309,408.34 |
| 338,400.00 | 10% | 05/01/03 | 07/27/07 | 1,548 | 143,518.68 | 481,918.68 |
| 532,263.00 | 10% | 05/01/02 | 07/27/07 | 1,913 | 278,964.14 | 811,227.14 |
| 190,004.00 | 10% | 05/01/03 | 07/27/07 | 1,548 | 80,582.52 | 270,586.52 |
| 574,488.00 | 10% | 05/01/04 | 07/27/07 | 1,183 | 186,197.07 | 760,685.07 |
| 55,802.00 | 10% | 11/24/03 | 07/27/07 | 1,341 | 20,501.50 | 76,303.50 |
|  |  |  |  |  |  | 2,710,129.26 |

## AGAINST SOWARD

| Principal | Rate | Period Begin | Period End | # of Days | Total Interest | Principal + Interest |
|---|---|---|---|---|---|---|
| 1,400,859.00 | 7% | 07/17/03 | 07/27/07 | 1,471 | 395,195.76 | 1,796,054.76 |
| 150,000.00 | 6.25% | 02/27/02 | 07/27/07 | 1,976 | 50,753.42 | 200,753.42 |
| 134,184.00 | 10% | 11/24/03 | 07/27/07 | 1,341 | 49,298.83 | 183,482.83 |
| 13,466.33 | 6.25% | 08/01/02 | 07/27/07 | 1,821 | 4,199.00 | 17,665.33 |
| 27,818.77 | 7% | 11/21/03 | 07/27/07 | 1,344 | 7,170.38 | 34,989.15 |
|  |  |  |  |  |  | 2,232,945.50 |

**NET OWED SOWARD**                        477,183.76