1
2
3
4

FOLGER LEVIN & KAHN LLP
Michael A. Kahn (SB# 057432) (mkahn@flk.com)
J. Daniel Sharp (SB# 131042) (dsharp@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: (415) 986-2800

5
6

Attorneys for Petitioners David C. Soward
and & Management Company

7

8

9

UNITED STATES DISTRICT COURT

10

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12
13
14
15
16
17
18

DAVID C. SOWARD and &
MANAGEMENT COMPANY,

             Petitioners,

     v.

LEONARD BOSACK, SANDY LERNER,
CARTESIAN PARTNERS, L.P, *et am.,*

             Respondents.

Case No.  3:07-cv-03894-MMC

**DECLARATION OF J. DANIEL SHARP IN OPPOSITION TO RESPONDENTS' MOTION TO STAY OR, IN THE ALTERNATIVE, TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

Date:  October 5, 2007
Time:  9:00 a.m.
Place:  Courtroom 7, 19th floor
Hon. Maxine M. Chesney

19
20
21
22
23
24
25
26

     I, J. Daniel Sharp, declare:

     1.     I am an attorney with the law firm of Folger, Levin & Kahn LLP, counsel of record for Petitioners David C. Soward and & Management Company (collectively "Soward"). This Declaration is submitted in support Soward's Opposition to Respondents' motion to stay or transfer venue.  If called as a witness, I would competently testify to the following facts of my own personal knowledge.

2.    Attached as Exhibit 1 hereto is a true and correct copy of Hearing Order No. 49 dated April 18, 2007, issued by the arbitrators in the matter *David C. Soward v. The & Trust et al.,* American Arbitration Association Case No.74 Y 181 00129 004 DEAR.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.  Executed on September 14, 2007 at San Francisco, California.

_____/s/_____
J. Daniel Sharp

86083\2001\566908.1

Sharp Decl. in Opposition to Motion to Stay or    - 2 -
Transfer Venue
Case No.  3:07-cv-03894 MMC