IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. SOWARD, et al., | No. C-07-3894 MMC |
| Plaintiffs, | **ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO REMAND** |
| v. | |
| LEONARD BOSACK, et al., | |
| Defendants / | |

In the interests of judicial economy, the hearing on plaintiffs' motion to remand, scheduled for September 21, 2007, is hereby CONTINUED to October 5, 2007, the date on which defendants' motion to stay or transfer is scheduled for hearing.

**IT IS SO ORDERED.**

Dated:  September 18, 2007

_____
MAXINE M. CHESNEY
United States District Judge