IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SOWARD, et al., | No. 07-3894 MMC |
| Petitioners, | |
| v. | **ORDER DENYING RESPONDENTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENT; DIRECTIONS TO RESPONDENTS** |
| LEONARD BOSACK, et al., | |
| Respondents / | |

Before the Court is respondents' administrative motion, filed August 31, 2007, for leave to file under seal Exhibit D to the Declaration of Daniel H. Bromberg in Support of Cross-Motion to Stay/Transfer. Respondents represent that said exhibit was designated as confidential by petitioner in the course of an arbitration proceeding.

Under the Local Rules of this District, where a party seeks to file under seal any material designated as confidential by another party, the submitting party must file a motion for a sealing order. See Civil L.R. 79-5(d). "Within five days thereafter, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality." Id. "If the designating party does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record." Id.

Here, the designating party, petitioners, have not filed a responsive declaration within the time provided under Civil Local Rule 79-5(d).

Accordingly, respondents administrative motion is hereby DENIED. If respondents wish the Court to consider Exhibit D, respondents shall file said exhibit in the public record no later than September 25, 2007.

**IT IS SO ORDERED.**

Dated: September 20, 2007

MAXINE M. CHESNEY
United States District Judge