FOLGER LEVIN & KAHN LLP
Michael A. Kahn (SB# 057432) (mkahn@flk.com)
J. Daniel Sharp (SB# 131042) (dsharp@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800

Attorneys for Petitioners David C. Soward
and & Management Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DAVID C. SOWARD and & MANAGEMENT COMPANY,<br><br>Petitioners,<br><br>v.<br><br>LEONARD BOSACK, SANDY LERNER, CARTESIAN PARTNERS, L.P, *et al.,*<br><br>Respondents. | Case No. 3:07-cv-03894-MMC<br><br>**[PROPOSED] ORDER GRANTING PETITIONERS' ADMINISTRATIVE MOTION FOR RECONSIDERATION OF MOTION TO FILE PETITIONER'S PERSONAL FINANCIAL STATEMENT UNDER SEAL** |
|---|---|

Having considered Petitioners' Administrative Motion for Reconsideration of Motion to File Petitioner's Personal Financial Statement Under Seal, the Declaration of J. Daniel Sharp in support thereof, Respondents' Administrative Motion to File Under Seal Document, and the Declaration of Daniel H. Bromberg in support thereof, and good cause appearing, IT IS HEREBY ORDERED:

1.      Petitioners' Administrative Motion for Reconsideration of Motion to File Under Seal Document is hereby GRANTED.

2.      Respondents shall not file Exhibit D to the Declaration of Daniel H. Bromberg in

support of Respondents' motion to stay, or in the alternative, to transfer venue pursuant to 28 U.S.C. § 1404(a) ("Exhibit D").

    3.    In the alternative, Respondents shall file Exhibit D under seal.

Dated:     , 2007

_____
Hon. Maxine M. Chesney

86083\2001\567868.1

[Proposed] Order Granting Reconsideration     - 1 -
No. 3:07-cv-03894 MMC