QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Fred G. Bennett (Bar No. 059135)
  fredbennett@quinnemanuel.com
  Steven G. Madison (Bar No. 101006)
  stevemadison@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

  Daniel H. Bromberg (Bar No. 242659)
  danbromberg@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California  94065

Attorneys for Respondents Leonard Bosack, The & Trust, Richard Troiano, & Capital Partners, L.P., Cartesian Partners, L.P., Leonard Bosack and Bette M. Kruger Charitable Foundation, Inc. and & Capital, Inc.

O'MELVENY & MYERS LLP
  Steven L. Smith (Bar No.109942)
  ssmith@omm.com
  Scott T. Nonaka (Bar No. 224770)
  snonaka@omm.com
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:     (415) 984-8700
Facsimile:     (415) 974-8701

Attorneys for Respondents Leonard Bosack, The & Trust, Richard Troiano, & Capital Partners, L.P., Cartesian Partners, L.P., Leonard Bosack and Bette M. Kruger Charitable Foundation, Inc. and & Capital, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID SOWARD, et al.<br><br>    Petitioners,<br><br>    vs.<br><br>THE & TRUST, et al.<br><br>    Respondents. | CASE NO. C–07–3894 MMC<br><br>REQUEST FOR EXPEDITED RULING AND STATEMENT OF NON-OPPOSITION TO PETITIONERS' ADMINISTRATIVE MOTION FOR RECONSIDERATION |

51204/2227464.1

Case No. C–07–3894 MMC
REQUEST FOR EXPEDITED RULING AND STATEMENT OF NON-OPPOSITION TO PETITIONER'S ADMINISTRATIVE MOTION FOR RECONSIDERATION

1  Respondents Leonard Bosack, The & Trust, Richard Troiano, & Capital Partners, L.P.,
2  Cartesian Partners, L.P., Leonard Bosack and Bette M. Kruger Charitable Foundation, Inc., &
3  Capital, Inc., and Sandy Lerner respectfully submit the following statement of non-opposition to
4  the Administrative Motion for Reconsideration filed by Petitioners on September 20, 2007.

5  Petitioners seek reconsideration of the Court's September 20, 2007 order denying
6  Respondents' Administrative Motion to Seal Exhibit D to the Bromberg Declaration, filed with
7  the Court on August 30, 2007. Respondents do not oppose Petitioners' request to file the exhibit
8  under seal. However, because the Court's current order requires Respondents to file Exhibit D no
9  later than September 25, 2007, Respondents respectfully request that the Court rule on Petitioners'
10 Motion for Reconsideration by September 24, 2007. Ruling on the motion prior to the September
11 25, 2007 filing deadline will remove the risk of potentially sealable material being placed into the
12 public record.

13 DATED:  September 21, 2007        QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP
14
15                                   By  /s/  Dan Bromberg
16                                      Daniel H. Bromberg
                                        Attorneys for Respondents Leonard Bosack, The &
17                                      Trust, Richard Troiano, & Capital Partners, L.P.,
                                        Cartesian Partners, L.P., Leonard Bosack and Bette
18                                      M. Kruger Charitable Foundation, Inc. and &
                                        Capital, Inc.
19

20 DATED:  September 21, 2007        O'MELVENY & MYERS LLP
21
22                                   By  /s/  Scott T. Nonaka
                                        Scott T. Nonaka
23                                      Attorneys for Respondent Sandy Lerner
24
25
26
27
28

51204/2227464.1

-2-                              Case No. C–07–3894 MMC
REQUEST FOR EXPEDITED RULING AND STATEMENT OF NON-OPPOSITION TO PETITIONER'S
ADMINISTRATIVE MOTION FOR RECONSIDERATION