1  FOLGER LEVIN & KAHN LLP
   Michael A. Kahn (SB# 057432) (mkahn@flk.com)
2  J. Daniel Sharp (SB# 131042) (dsharp@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA  94111
4  Telephone: (415) 986-2800

5  Attorneys for Petitioners David C. Soward
   and & Management Company

6

7

8
                        UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11

12  DAVID C. SOWARD and &              Case No.  3:07-cv-03894-MMC
    MANAGEMENT COMPANY,
                                       **ORDER GRANTING PETITIONERS'**
13                                     **ADMINISTRATIVE MOTION FOR**
              Petitioners,            **RECONSIDERATION OF MOTION TO FILE**
14                                     **PETITIONER'S PERSONAL FINANCIAL**
         v.                            **STATEMENT UNDER SEAL; DIRECTING**
15                                     **CLERK TO FILE DOCUMENT UNDER SEAL**
    LEONARD BOSACK, SANDY LERNER,
16  CARTESIAN PARTNERS, L.P, *et al.,*

17            Respondents.

18

19        Having considered Petitioners' Administrative Motion for Reconsideration of Motion to

20  File Petitioner's Personal Financial Statement Under Seal, and the Declaration of J. Daniel Sharp

21  in support thereof, and good cause appearing,  IT IS HEREBY ORDERED:

22        1.     Petitioners' Administrative Motion for Reconsideration of Motion to File Under

23  Seal Document is hereby GRANTED.

24        2.     Respondents shall not file in the public record Exhibit D to the Declaration of

25  Daniel H. Bromberg in support of Respondents' motion to stay, or in the alternative, to transfer

26  venue pursuant to 28 U.S.C. § 1404(a) ("Exhibit D").

1          3.     The Clerk is directed to file Exhibit D under seal.

2

   Dated:  September 21, 2007

3                                              Hon. Maxine M. Chesney

4    86083\2001\567868.1

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[Proposed] Order Granting Reconsideration    - 1 -
No.  3:07-cv-03894 MMC