QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Daniel H. Bromberg (Bar No. 242659)
  danbromberg@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

  Fred G. Bennett (Bar No. 059135)
  fredbennett@quinnemanuel.com
  Steven G. Madison (Bar No. 101006)
  stevemadison@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Respondents Leonard Bosack, The & Trust, Richard Troiano, & Capital Partners, L.P., Cartesian Partners, L.P., Leonard Bosack and Bette M. Kruger Charitable Foundation, Inc., and & Capital, Inc.

O'MELVENY & MYERS LLP
  Steven L. Smith (Bar No.109942)
  ssmith@omm.com
  Scott T. Nonaka (Bar No. 224770)
  snonaka@omm.com
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:   (415) 984-8700
Facsimile:   (415) 974-8701

Attorneys for Respondent Sandy Lerner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID SOWARD, *et al.*, | CASE NO. C–07–3894 |
| Petitioners, | **NOTICE OF ERRATA RE: RESPONDENTS' CROSS-MOTION TO STAY OR, IN THE ALTERNATIVE, TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)** |
| v. | |
| THE & TRUST, *et al.*,, | |
| Respondents. | |
| | Date:   October 5, 2007<br>Time:   9:00 a.m.<br>Crtrm.:   7, 19th floor<br>       Hon. Maxine M. Chesney |
| | Trial Date:   None Set |

51204/2226875.1

Case No. C–07–3894
NOTICE OF ERRATA RE: RESPONDENTS' CROSS-MOTION TO STAY OR, IN THE ALTERNATIVE, TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

1     In preparing the reply in support of the pending cross-motion to stay or, in the alternative, to transfer venue, Docket No. 23, filed on August 31, 2007 ("Motion"), Respondents noticed several typographical errors in the Motion. Accordingly, Respondents respectfully submit this Notice of Errata regarding the Motion. Attached hereto as Exhibit 1 is a corrected copy of the Motion. The corrected copy addresses the following typographical errors in the Motion:

    Page 6, n. 5:    "Soward is an continues" corrected to "Soward is an__d__ continues"

    Page 9, n. 7:    "Soward did not, move" corrected to "Soward did not move"

    Page 10:21:    "judicial economy weigh__t__" corrected to "judicial economy weigh"

    Page 12:7:    "If this Court does stay" corrected to "If this Court does __not__ stay"

Respondents respectfully request that the clerk replace the previously filed Motion with the corrected copy.

    Respondents and their counsel apologize for any inconvenience the errors in the Motion may have caused.

DATED: September 21, 2007    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Daniel H. Bromberg
Daniel H. Bromberg
Attorneys for Respondents Leonard Bosack, The & Trust, Richard Troiano, & Capital Partners, L.P., Cartesian Partners, L.P., Leonard Bosack and Bette M. Kruger Charitable Foundation, Inc., and & Capital, Inc.

51204/2226875.1

-i-    Case No. C–07–3894
NOTICE OF ERRATA RE: RESPONDENTS' CROSS-MOTION TO STAY OR, IN THE ALTERNATIVE, TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)