UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

October 9, 2007

United States District Court
Western District of Washington
U.S. Courthouse, Lobby Level
700 Stewart Street
Seattle, Washington 98101-1271



OCT 1 1 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

RE: CV 07-03894 MMC  DAVID SOWARD-v-THE & TRUST

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Alfred Amistoso*

by: Alfred Amistoso
Case Systems Administrator

Enclosures
Copies to counsel of record

October 9, 2007

---

**These instructions are for internal court use only.**

---

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**. It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.





**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES